Andrea Mazingo, SBN 300824
**Lumen Law Center, P.C.**
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone:(310) 269-6739
Email: andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
**Workplace Advocates, P.C.**
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone:(909) 983-4102
Email: brandi@wpa.law

Rebecca Houlding (*pro hac vice* pending)
**Houlding Law PC**
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Facsimile: (800) 345-4784
Email: rebecca@houldinglaw.com

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION



Does 1 through 26

Plaintiffs,

v.

Case No. _____

**DECLARATION OF Doe 19 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

*[Filed concurrently with Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities; and additional supporting declarations]*

Doc ID: d6d0f2877805f5591f230582d538279fa1346afe

META PLATFORMS, INC.,

                                                    Defendant.

I, ██Doe 19██ declare as follows:

1. I am over the age of eighteen and a resident of ██████ California. I have personal knowledge of the matters stated in this declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I am one of the Meta employees who was selected for termination in Meta's May 2026 reduction in force. I was on approved ██████ leave when I was notified of my selection.

3. I began my employment with Meta Platforms, Inc. ("Meta") or ███████████ in Meta's ██████ organization, supporting ███████████ Over the course of my employment I worked from ████████████████████ ████████████████ and beginning in 2025 I worked ██████ from California, ███████████

4. I was hired as a ███████████ at the level Meta designates as ██ and I was promoted to the ███████████ level in approximately mid-2022, when I received a 95% favorable manager pulse score. In approximately the fourth quarter of 2024, my role changed to an individual-contributor position at the ████ level. I worked at Meta for approximately ██████ years.

5. For most of my employment, my manager was ████████ and my skip-level manager was ███████████

6. Over the course of my employment, I disclosed to my manager that ███████████

Doc ID: d6d0f2877805f5591f230582d538279fa1346afe



7. For approximately the first ▮▮▮ years of my employment, I consistently received "Exceeds Expectations" performance ratings, and I was promoted. I was never placed on a performance improvement plan, a coaching plan, or a written warning, and I was never the subject of any disciplinary action.

8. I took ▮▮▮ leave in approximately ▮▮▮ 2021 ▮▮▮

9. I took approved ▮▮▮ leave from approximately ▮▮▮ for ▮▮▮ When I informed my manager of this leave, his response was not supportive: he questioned my leave, commented on the sudden start date, and sought information about the exact nature of ▮▮▮

10. During my leave, my manager texted me asking to meet up in ▮▮▮ which I experienced as him seeking to investigate me and to initiate a change to my employment status while I was ▮▮▮ I declined the meeting to protect my ▮▮▮ boundaries.

11. My ▮▮▮ return to work was ▮▮▮ I took bridging PTO to ease my transition. Just five days later, on ▮▮▮ while I was still on PTO and had not yet returned to work, my manager texted my phone to initiate a call. On that call, I was removed from my management position, my team was reassigned, and I was transitioned from the ▮▮ level to th▮▮ individual-contributor level. This sudden change stripped me of my leadership role and had me working alongside the same people I used to manage. At Meta, an ▮▮ is a highly strategic ▮▮▮ dedicated to ▮▮▮ An ▮▮▮ has no direct reports, making it a highly executional position. Thus, I was stripped of my team and forced into

a heavy, technical execution role with vague metrics which made █████████████

██████████

12. My 2024 performance review documents that this transition from █████████ occurred upon my return from █████ leave, stating I "met expectations as [I] transitioned to ████. . when [I] returned from leave in Q4'24." To justify removing me from leadership, my manager relied on highly subjective, coded criticisms, telling me my 'executive presence' was not 'strong enough.' My management responsibilities and team were given directly to my own subordinate ██████████████████████████ who had not taken protected █████ leave.

13. After my ██████████ leave, my performance ratings declined for the first time in my tenure. My rating moved from "Exceeds Expectations" to "Consistently Meets" for ██████ (a period during which I was on █████ leave for approximately ████ months), and then to "Meets Most" for 2025—the first such rating I had ever received—which my manager issued in approximately February 2026.

14. I had repeatedly disclosed to my manager ██████████ that ███████████ ████████████████████████████████████████████████████████ ████████████████████████████████ Instead, I was assigned to a highly technical, reading-intensive initiative (the Guidance Automation project) that required me to absorb a massive volume of complex technical documentation. In my 2025 performance review, my manager explicitly penalized me for this, dropping my rating to 'Meets Most' and criticizing my work as 'time-consuming' directly punishing me for ██████████████████████████████

15. I applied on ██████████ for a ████████████ leave, submitting the request to Meta's

Doc ID: d6d0f2877805f5591f230582d538279fa1346afe

Leave administrator. I informed my manager the following day. I was ultimately approved to go on ██████████ leave.

16. In the weeks before my ██████████ I was reassigned to report to a peer. In moving me under my peer ████████ stated that he was unsure what my new assignment would be going forward because my work was on pause. My new manager, ████████ then made a statement like, "it's going to be really slow, so if you don't hear from me about your work in a while don't be surprised."

17. I began my ████ approved ████ leave on ████████ scheduled to conclude on ████████ On May 20, 2026 ██████████████ I received notice that I had been selected for termination in Meta's May 2026 reduction in force.

18. The separation date set out in my separation agreement is July 22, 2026, which ██████████████████ leave was scheduled to end. This termination date also falls exactly 24 days before my next major quarterly vesting date of August 15, 2026, depriving me of ██ vesting shares.

19. A close colleague on my team, who also reported to ████████ went ██████ ████████ leave and was also selected for termination on May 20, 2026, while ███ was on active protected leave.

20. During my employment, employees in the ████████ organization were strongly encouraged to use Meta's internal artificial-intelligence tools and to train those tools on our work. It was understood that, in doing so, we were teaching the tools to perform our jobs. I used these tools, including one referred to as Manus, in my daily work, and I understand that the work I put into them remains available to Meta after my departure.

21. Meta maintained dashboards, and company-wide leaderboards, that displayed each

Doc ID: d6d0f2877805f5591f230582d538279fa1346afe

employee's use of artificial-intelligence tools, including the number of tokens an employee consumed. Meta restricted access to this information after it was reported in the press. At an all-hands meeting in the first quarter of 2026, Meta's Chief Executive Officer Mark Zuckerberg stated that Meta's performance reviews would, going forward, take into account employees' use of artificial intelligence. We were told we would have to show "AI-driven impact", essentially using AI to boost productivity or automate work.

22. The reduction in force was communicated to employees as an "AI restructuring." Employees were told that teams not aligned with Meta's artificial-intelligence investments were more likely to be affected, and that performance was among the selection criteria.  My ███ role lacked any objective metrics, and my last performance rating, on information and belief, was negatively impacted by the fact that I took a ███ ███ protected leave during the evaluation period.

23. Meta deployed activity-monitoring software on Meta-issued devices, and a notice appeared on the device login screen stating that the device was company property and that activity on it was subject to monitoring. I did not have separate personal devices, and I used my Meta-issued devices for personal matters, including accessing my health-insurance ███████████████████ communicating with Meta's leave administrator, and personal banking.

24. My access to Meta's systems was cut off on May 20, 2026.

25. I was offered a severance and release agreement in connection with my termination. The agreement includes an eighteen-month COBRA subsidy and must be signed by a deadline in late July 2026. I have not signed it or any release of my claims.

26. My compensation at Meta included a base salary of approximately ███████ per year and

---

Doc ID: d6d0f2877805f5591f230582d538279fa1346afe

a substantial equity component in the form of restricted stock units ("RSUs"). As of approximately mid-June 2026, I held unvested RSUs valued at approximately ███████ which I will forfeit if my employment is terminated. Furthermore, this figure does not account for the severe financial suppression I suffered due to the retaliatory performance ratings in 2024 and 2025. Because my ratings were, on information and belief, negatively impacted by my protected leave, my annual bonus payouts and base salary merit increases were severely reduced, and my annual RSU refresher grant plummeted by approximately ████ in 2025. This directly robbed me of earned compensation and artificially lowered my current baseline.

27. I and my family rely on the health insurance provided through my employment at Meta, and my active coverage will end when my employment terminates. Meta has offered to pay the premiums for continued coverage through COBRA for a period of time, but I understand that premium subsidy to be conditioned on my signing a separation agreement and release, which would require me to release my claims, including the claims at issue in this case. Without signing that release, I would be responsible for the full cost of any COBRA continuation coverage myself, and after any subsidized period ends I would be responsible for the full cost in any event



████████ could cause irreversible, permanent harm to my health that no future monetary award could fix.

28. Being notified of my termination ████ days into an approved ████ leave, while I was ████████████████████████████████████ has caused me significant distress. The prior retaliatory actions allowed by Meta caused me severe ████████████████████████ among other impacts. Following my unjustified demotion in Q4 2024 ████████████████████████████████████ ████████████████████████████████████ ████████████████████████ I was forced to work extreme, unsustainable hours—including nights and weekends—just to process dense documents and protect my job. This employer-caused trauma robbed me ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████

29. I make this declaration in support of Plaintiffs' request that the Court preserve the status quo and enjoin the finalization of the May 2026 reduction in force pending an independent audit, or, in the alternative, enjoin Meta from separating employees who took protected leave ████████████████████ pending such audit. If I am separated before that review can occur, I will lose my employer-sponsored health coverage ████████████████ my unvested equity, and the right to return to my position at the conclusion of my leave, none of which I believe a later award of money damages could fully restore.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___July 12_____, 2026, at ▮▮▮▮ California.

Doe 19

Doe 19

_____

Doc ID: d6d0f2877805f5591f230582d538279fa1346afe