Andrea Mazingo, SBN 300824
**Lumen Law Center, P.C.**
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone:(310) 269-6739
Email:andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
**Workplace Advocates, P.C.**
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone:(909) 983-4102
Email:brandi@wpa.law

Rebecca Houlding (*pro hac vice* pending)
**Houlding Law PC**
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Facsimile: (800) 345-4784
Email: rebecca@houldinglaw.com

**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**



Does 1 through 26

Plaintiffs,

v.

Case No. _____

**DECLARATION OF** Doe 22 Doe 22 **IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

*[Filed concurrently with Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities; and additional supporting declarations]*

Doc ID: 4752b9e67d763fa2c0b18f84fa255052ccf195f8

META PLATFORMS, INC.,

                                    Defendant.

I, Doe 22 declare as follows:

1. I am over the age of eighteen and a resident of Washington. I have personal knowledge of the matters stated in this declaration, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I am one of the Meta employees who was selected for termination in Meta's May 2026 reduction in force. I have a ▮▮▮▮▮ and at the time Meta notified me of my selection I had recently returned to work ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. I began my employment with Meta Platforms, Inc. ("Meta") in ▮▮▮▮▮▮▮▮▮ I worked from Meta's office in ▮▮▮▮▮▮ Washington ▮▮▮▮▮▮▮ Over approximately ▮▮▮▮ years at Meta, I was promoted from ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. My performance at Meta was consistently strong throughout my employment. Over the years I received ratings of "Exceeds Expectations" and "Greatly Exceeds Expectations," I was promoted multiple times, and I received one-time equity grants in recognition of my

Doc ID: 4752b9e67d763fa2c0b18f84fa255052ccf195f8

contributions. I was never placed on a performance improvement plan, a coaching plan, or a written warning, and I was never the subject of any disciplinary action.

5. I have ███████████████████████████████ Beginning on approximately ████████████████ I took approved ██████ leave for ██████████ My leave was first approved as short-term ███████ leave and then as long-term ██████ leave, administered through Meta's leave administrator, Lincoln Financial. ████████████████████████



6. I returned to work ██████████████████████████████████



7. While I was working ████████████████████, my manager, my team, and I had been developing a plan for me to transition from my management role into an individual-contributor role. We began discussing the plan in approximately January 2026 and documented it in approximately March 2026, including a written plan describing the reporting structure for my team and for me. According to my manager and to Human Resources, as ████ manager, part time work was not considered to be sustainable by Meta. Work as an Individual Contributor rather than ████ manager was considered to be more acceptable, and at the time of discussions, I was unsure how long ████████████ ████████ would be necessary. As a result, I was intending to convert to the IC level.

Doc ID: 4752b9e67d763fa2c0b18f84fa255052ccf195f8

Additionally, I thought our advanced planning for the role conversion made it less likely that I would be impacted by any layoffs. I had confirmed that I wished to convert to an individual-contributor role, and I understood that my manager was about to announce the conversion, but the announcement was paused because of the coming reduction in force. To my knowledge, I was the only manager in my group who was selected for termination rather than converted to an individual-contributor role. I was the only ██████████ ██████████████████████

8. On May 20, 2026, while ███████████████████████████████████████ I was notified by email that I had been selected for termination in Meta's May 2026 reduction in force.

9. Before my leave, one of my direct reports had been designated to take over my responsibilities during my absence; I later learned that my manager had instead taken over my responsibilities. My manager was not selected for termination. The direct report was not selected for termination in the May 2026 reduction in force but was instead allowed to convert to an Individual Contributor.

10. During my employment, Meta introduced internal dashboards that classified employees by their stage of adoption of Meta's artificial-intelligence tools, using categories such as "AI Native," "AI First," and "AI Enabled." Although I do not know of a formula between the AI rating and performance rating, I was told that performance evaluation and calibration would be based in part on these classifications. I was classified as AI First or AI Enabled. I also understood, from my own observation, that an employee's score on Meta's artificial-intelligence usage metrics would decline during periods when the employee was on leave or otherwise out of the office.

---

Doc ID: 4752b9e67d763fa2c0b18f84fa255052ccf195f8

11. During my employment, Meta also announced and deployed activity-monitoring software on its systems, which I understand captured activity including keystrokes, screen content, browsing, messaging, and email. The monitoring was rolled out within a few days of being announced. A notification box appeared on my computer, but I recall it being a notification rather than a request for my consent. Before this monitoring was disclosed, I had used my company device to access personal matters, including my personal email, my ▮▮▮▮▮▮▮▮▮▮portal, and my ▮▮▮▮▮▮▮▮▮▮

12. I was offered a severance and release agreement in connection with my termination. I have not signed it or any release of my claims.

13. It is my understanding based on the documents provided by Meta as part of my separation notice, that of the managers under my direct manager, I was singled out to be laid off rather than being allowed to convert to Individual Contributor level.

14. My compensation at Meta included a substantial equity component in the form of restricted stock units ("RSUs"), which made up a significant portion of my total compensation. I hold unvested RSUs that I will forfeit if my employment is terminated.

15. My family relies on the health insurance provided through my employment at Meta, and my active coverage will end when my employment terminates. Meta has offered to pay the premiums for continued coverage through COBRA for a period of time, but I understand that premium subsidy to be conditioned on my signing a separation agreement and release, which would require me to release my claims, including the claims at issue in this case. Without signing that release, I would be responsible for the full cost of any COBRA continuation coverage myself, and after any subsidized period ends I would be responsible

Doc ID: 4752b9e67d763fa2c0b18f84fa255052ccf195f8

for the full cost in any event. Continued coverage is especially important to me because ██ ████████████████████████████████████████████

16. Being selected for termination shortly after I returned to work ████████████████████ ██████████████████████████████████████████████████████ has been a significant source of stress.

17. I make this declaration in support of Plaintiffs' request that the Court preserve the status quo and enjoin the finalization of the May 2026 reduction in force pending an independent audit, or, in the alternative, enjoin Meta from separating employees who took protected leave or who requested ██████████████ pending such audit. If I am separated before that review can occur, I will lose my employer-sponsored health coverage while I am ██████████████ my unvested equity, and the right to remain employed in the role to which I had returned ██████████████ none of which I believe a later award of money damages could fully restore.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___Jul 1st_____, 2026, at ████████████████ Washington.

Doe 22

_____
Doe 22

Doc ID: 4752b9e67d763fa2c0b18f84fa255052ccf195f8