Andrea Mazingo, SBN 300824
**Lumen Law Center, P.C.**
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone: (310) 269-6739
Email: andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
**Workplace Advocates, P.C.**
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 983-4102
Email: brandi@wpa.law

Rebecca Houlding *(pro hac vice pending)*
**Houlding Law PC**
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Facsimile: (800) 345-4784
Email: rebecca@houldinglaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION



Does 1 through 26

Plaintiffs,

v.

Case No. _____

**DECLARATION OF** Doe 26 **IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

*[Filed concurrently with Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities; and additional supporting declarations]*

DECLARATION OF Doe 26 ISO MOTION FOR PRELIMINARY INJUNCTION                    Page 1

META PLATFORMS, INC.,

Defendant.

I, ██Doe 26██, declare as follows:

1.  I am over the age of eighteen and a resident of ████████, New York. I have personal knowledge of the matters stated in this declaration, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.  I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I am one of the Meta employees who was selected for termination in Meta's May 2026 reduction in force. I had just returned from ████████ parental leave ████████ ████████ when I was selected.

3.  I began my employment with Meta Platforms, Inc. ("Meta") on ████████ 2025. My most recent position was ████████████ on Meta's ████████████████ team. I worked from Meta's office in ████████ New York. ████████████████

4.  As a ████████, I was responsible for designing and analyzing experiments, reviewing results, and analyzing ████████ to guide ████████ efforts, as well as for ████████ ████████████████ used to set and assess my team's goals. My work affected the experience of ████████ users and how my team measured its success.

5.  My performance at Meta was strong. I received a "Meets All" expectations rating at my 2025 mid-year review and a "Consistently Met Expectations" rating for the 2025 year-end cycle. I was never placed on a performance improvement plan, a coaching plan, or a

Doc ID: d71e0965a7fc6faeca408006fc1556e5644ed992

written warning; I never received negative performance feedback; and I had a reputation for being proactive.

6. I informed my manager at the time, ███████████, in approximately August or September 2025, ████████████████████████████████████████ was supportive.

7. In approximately October 2025, shortly before my leave began, my reporting chain was reorganized. My manager changed to ███████████, and a new technical lead, ███████████ was placed between me and my manager, even though ███████ had joined Meta after I did. This change reduced my visibility within the organization, although my formal title and level did not change. The change surprised me, and its timing aligned closely with my upcoming leave.

8. I took ███████ parental leave, together with ███████████ leave, from ███████████████████ and I returned to work on May 8, 2026.

9. On May 20, 2026—less than two weeks after I returned from leave—I received an email from "Meta Leadership" notifying me that I had been selected for termination in Meta's May 2026 reduction in force. My access to Meta's systems was revoked that same day. My intended termination date is August 20, 2026.

10. My team consisted of approximately ██████ people, including my manager. ██████ of us were selected for termination.

Doc ID: d71e0965a7fc6faeca408006fc1556e5644ed992

11. I used Meta's internal artificial-intelligence tools in my work, including MetaMate, which I used frequently to find datasets and answer questions, and I was encouraged by colleagues to use AI tools.

12. During my employment, Meta deployed activity-monitoring software on its systems that, I understand, captured activity including keystrokes, screen content, mouse and activity data, browsing history, messaging, email, and voice, video, and location data. I acknowledged this monitoring when I returned from my leave.

13. I have been offered a severance and release agreement in connection with my termination, and I have not signed it or any release of my claims.

14. My compensation at Meta included a base salary of approximately ███████ per year and equity in the form of restricted stock units ("RSUs"). I hold approximately ████ unvested RSUs, all of which I will forfeit if my employment is terminated, along with benefits including retirement contributions and other employer-provided benefits.

15.

16. I and my family rely on the health insurance provided through my employment at Meta, and my active coverage will end when my employment terminates. Meta has offered to pay the premiums for continued coverage through COBRA for a period of time, but I

Doc ID: d71e0965a7fc6faeca408006fc1556e5644ed992

understand that premium subsidy to be conditioned on my signing a separation agreement and release, which would require me to release my claims, including the claims at issue in this case. Without signing that release, I would be responsible for the full cost of any COBRA continuation coverage myself, and after any subsidized period ends I would be responsible for the full cost in any event.

17. When my leave ended, ███████████████████████████████████████ ██████████████ so that I could return to work. ████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████ Since I was selected for termination, I have experienced significant stress and anxiety— ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████ The positions available to me in my job search offer lower total compensation than my role at Meta.

18. I make this declaration in support of Plaintiffs' request that the Court preserve the status quo and enjoin the finalization of the May 2026 reduction in force pending an independent audit, or, in the alternative, enjoin Meta from separating employees who took ████████████████ parental leave, pending such audit. If I am separated before that review can occur, I will lose my employer-sponsored health coverage, my unvested equity, ████████████████████████████████████████ ████████████████████ none of which I believe a later award of money damages could fully restore.

Doc ID: d71e0965a7fc6faeca408006fc1556e5644ed992

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed on __06/30/___, 2026, at ███████ New York.

Doe 26

_____
Doe 26

DECLARATION OF ██████ ISO MOTION FOR PRELIMINARY INJUNCTION          Page 6