Andrea Mazingo, SBN 300824
**Lumen Law Center, P.C.**
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone:(310) 269-6739
Email:andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
**Workplace Advocates, P.C.**
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone:(909) 983-4102
Email:brandi@wpa.law

Rebecca Houlding (*pro hac vice* pending)
**Houlding Law PC**
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Facsimile: (800) 345-4784
Email: rebecca@houldinglaw.com

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION



DOES 1 THROUGH 26

Plaintiffs,

Case No. _____

**DECLARATION OF** DOE 6
**IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR PRELIMINARY**
**INJUNCTION**

*[Filed concurrently with Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities; and additional supporting declarations]*

DECLARATION OF ▮▮▮▮▮▮ ISO MOTION FOR PRELIMINARY INJUNCTIONPage 1

Doc ID: 3a9e9782748e2fe9482aba4e9deadbef1a63e3f3

v.

META PLATFORMS, INC.,

Defendant.

I, DOE 6 also known as ▇▇▇▇▇, declare as follows:

1. I am over the age of eighteen and a resident of ▇▇▇▇, California. I have personal knowledge of the matters stated in this declaration, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I am one of the Meta employees who was selected for termination in Meta's May 2026 reduction in force. I have a ▇▇▇▇▇, and in ▇▇▇ I took an extended period of approved ▇▇▇ leave, which I understand was provided ▇▇▇▇▇▇▇▇ ▇▇▇.

3. I began my employment with Meta Platforms, Inc. ("Meta") on ▇▇▇▇, 2025, as a ▇▇▇▇▇▇ at the ▇ level on the ▇▇▇▇▇▇ team. I physically worked from Meta's offices in ▇▇▇▇, California.

4. In my role, I work primarily on the server side of ▇▇▇▇▇▇, including ▇▇▇▇▇▇▇▇▇▇▇▇. After I joined, I onboarded onto Meta's ▇▇▇ ▇▇▇▇▇ and began contributing within my first month.

DECLARATION OF ▇▇▇▇ ISO MOTION FOR PRELIMINARY INJUNCTIONPage 2

5.  When I joined, my manager was ███████████. In approximately May 2025, ███████ ███████ became my transitional manager, and she later became my skip-level manager. My current manager is ███████.

6.  From the beginning of my employment on ███████████, through May 29th, I received positive feedback on my work, including from ███████ and from ███████ and ███████ My early deliverables included delivering the ███████████ ███████████ transition, and I performed on-call duties for which I received formal recognition. In ████ 2025, I took approximately two weeks of leave in connection with ███████████ ███████.

7.  On ████, 2025, I ███████████ ███████████, and I was ███████████ ███████████ confirmed to me that my performance was on track to meet her expectations. On ████, 2025, I told ████ ███████ about ███████████████████████. She told me to ███████████████ and words to the effect that she would make sure my performance review was "rightfully presented."

8.  On ████ 2025, I ███████████ and began an approved period of ████ leave. I understand that this leave was approved ███████████ ███████ Because I had been employed at Meta for less than one year ███████████ ███████████████ ███████████████

Doc ID: 3a9e9782748e2fe9482aba4e9deadbef1a63e3f3



9. On ███████, 2025, I ██████████████████████. ████████████████████████████████████████████ on ███████, 2025. My managers were informed of this ███████████████████████, and I returned to work on ████████, 2025.

10. While I was still on ██████ leave, in approximately early July 2025, ████████████ told me that my performance was "definitely below expectations." In a written message, she stated: "as for PSC as we talked before you went on your leave, there hasn't been enough signals to gauge you operating at ic levels with your broken time, and unfortunately this does not count as leave of absence, unlucky leaves happen."

11. On approximately ████████ 2025, during a one-on-one meeting, I explained to ████████████ that it had been impossible for me to produce additional deliverables because ████████████ prevented me from working. She responded that it was impossible, "but it is what it is."

12. I received a "Below Expectations" rating for the mid-year 2025 review cycle, which was issued on approximately August 1, 2025 without any written narrative, rationale, or actionable feedback. My year-end 2025 review reflected that I had been on a leave of absence.

13. The "Below Expectations" rating was inconsistent with the positive feedback I had received from my prior manager and my peers, and with ████████████ own assurances, given █████████████ and resulting leave, that my performance was on track.

Doc ID: 3a9e9782748e2fe9482aba4e9deadbef1a63e3f3

14. In approximately mid-July 2025, I submitted a written complaint to Meta's human-resources personnel describing what I believed to be ███████ discrimination and retaliation in connection with my performance rating. I followed up after I returned from leave, but no substantive meeting or investigation followed.

15. After I returned to work on ████████, 2025, I resumed my responsibilities, including serving as the sole ████████ responsible ████████████████████████████████ system. Between January and May 2026, I received numerous messages of thanks and recognition from other teams—including partner teams, client teams, and downstream user teams—for my ████████████████████████████████████ I took only a single day off in the five months before the reduction in force. Based on a measure of ████████ output used on my team, after my return to work, I was ranked fourth out of approximately fourteen ████████ on the team with respect to lines of significant ████████ changes.

16. A few weeks before the reduction in force, I informed my manager that I might need an ████████████████████████████ in the year or early 2027, which would require a further period of short (two to three weeks) ████████ leave.

17. On May 20, 2026, I was notified that I had been selected for termination in Meta's May 2026 reduction in force. I received a written notice stating that my role had been eliminated as part of a reorganization. I was informed that my termination would be effective July 22, 2026.

18. I was offered a severance and release agreement in connection with my termination. I have not signed it or any release of my claims.

Doc ID: 3a9e9782748e2fe9482aba4e9deadbef1a63e3f3

19. During my employment, Meta announced an expansion of employee-monitoring software. I became aware of the monitoring on my work device in approximately late April 2026, shortly after I saw an announcement on Meta's internal Workplace site. I used my Meta work systems for personal matters, including accessing my health-insurance portal to ███████████.

20. During my employment, members of my team's leadership encouraged engineers, including me, to adopt Meta's internal artificial-intelligence tools, including MetaMate, second brain, DevMate, DataMate, and others. In the course of my work, I consolidated my work product, notes, and code into internal tools, and I understand that this material remains available to Meta after my departure. Shortly before the reduction in force, a member of my team was asked to hand off her work, notes, and status, and her role was eliminated.

21. My annual base salary at Meta was approximately $███████, which increased to approximately $███████ in 2026. My compensation also included a target annual bonus of fifteen percent and equity in the form of restricted stock units ("RSUs"). My new-hire equity grant plus annual refresh was valued at more than $███████ over four years and vests on a quarterly schedule. I hold a substantial amount of unvested RSUs, all of which I will forfeit if my employment is terminated, including units scheduled to vest in the period around my termination date.

22. I and my family rely on the health insurance provided through my employment at Meta, and my active coverage will end when my employment terminates. Meta has offered to pay the premiums for continued coverage through COBRA for a period of time, but I

---

DECLARATION OF ███████████ ISO MOTION FOR PRELIMINARY INJUNCTIONPage 6

Doc ID: 3a9e9782748e2fe9482aba4e9deadbef1a63e3f3

understand that premium subsidy to be conditioned on my signing a separation agreement and release, which would require me to release my claims, including the claims at issue in this case. Without signing that release, I would be responsible for the full cost of any COBRA continuation coverage myself, and after any subsidized period ends I would be responsible for the full cost in any event. Continued coverage is especially important to me because I █████████████████████████████████████████████ ████████████████████████████

23. When I was notified of my termination on May 20, 2026, my access to Meta's systems was restricted. The documentation I retain consists of materials I had saved before that date, including messages of peer recognition and feedback.

24. I have begun applying for new positions and contacting recruiters. Recruiters and prospective employers have asked me about the circumstances of my layoff.

25. This situation has been a significant source of anxiety for me and has ████████████ particularly with respect to the prospect of losing my position while I am ████████████ and supporting my family.

26. The loss of my position has placed significant financial and personal strain on my family. My spouse ████████████ which makes stable income and continued health coverage especially important to us, and I have already incurred ████████████████████████ costs. I had been reluctant to share news that █████████████████████████████ 2026, because I am aware of Meta employees who took ████████ leave who were then laid off in February 2025, and it is my understanding that ████████ or parental leaves negatively affect employees' standing at Meta.

Doc ID: 3a9e9782748e2fe9482aba4e9deadbef1a63e3f3

27. I make this declaration in support of Plaintiffs' request that the Court preserve the status quo and enjoin the finalization of the May 2026 reduction in force pending an independent audit, or, in the alternative, enjoin Meta from separating employees who took ██████-related ██████ leave, requested a ██████████████, or engaged in protected activity pending such audit. If I am separated before that review can occur, I will lose my employer-sponsored health coverage, my unvested equity—including units scheduled to vest in the period around my termination—and the opportunity to have my performance assessed free of the treatment I have described—none of which I believe a later award of money damages could fully restore.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __0630__, 2026, at ██████ California.

██████████████

_____

DOE 6

Doc ID: 3a9e9782748e2fe9482aba4e9deadbef1a63e3f3