# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** 7/14/2026 | **Time:** 8 minutes 3:29 p.m. to 3:37 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.:** 26-cv-07122-WHO | **Case Name:** Doe v. Meta Platforms, Inc. | |

**Attorneys for Plaintiff:**    Andrea L. Mazingo, Rebecca J. Houlding, and Brandi Cowan
**Attorneys for Defendant:**    Erin M. Connell, Lauren Goldsmith, and Dixie Tauber

**Deputy Clerk:** Jean Davis                              **Court Reporter:** April Brott

## PROCEEDINGS

Status Conference conducted to discuss scheduling for temporary restraining order and motion for preliminary injunction. The Court advises counsel of upcoming unavailability and proposes a schedule that preserves the status quo and sets up briefing and hearing deadlines.  Meta is opposed and wants to be heard prior to July 22.  Accordingly,

Opposition to the Motion for Temporary Restraining Order should be filed by 4:00 p.m. Wednesday, July 15, 2026.

**Motion Hearing set for 10:00 a.m. Thursday, July 16, 2026, via videoconference.**