ERIN M. CONNELL (SBN 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

LAUREN M. GOLDSMITH (SBN 293269)
lgoldsmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:     +1 212 506 5000

DIXIE TAUBER (SBN 321692)
dtauber@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     +1 916 329 7982

Attorneys for Defendant
META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOES 1 THROUGH 26, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:26-CV-07122-WHO <br><br> **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO FILE UNDER SEAL PORTIONS OF DOCUMENTS CONTAINING MEDICAL, DISABILITY, PREGNANCY, AND IDENTIFYING INFORMATION** |

Having considered Plaintiffs Does 1 through 26's Administrative Motion for Leave to Proceed Under Pseudonym and to File Under Seal Portions of Documents Containing Medical, Disability, Pregnancy, and Identifying Information, Defendant Meta Platforms, Inc.'s Opposition to Plaintiffs' Motion, and the supporting papers to the Motion and Opposition, and good cause appearing, the Court ORDERS as follows:

1. Plaintiffs' motion for leave to proceed under pseudonyms is denied. Plaintiffs are to file an amended complaint and supporting documents using their true names within seven (7) calendar days;

2. Plaintiffs' motion to file under seal is granted in part. Plaintiffs may seal only the following categories of information: specific psychiatric and mental health treatment information, specific pregnancy and childbirth complications, and medical records;

3. Plaintiffs' motion to file under seal is denied as to accommodation-related information and diagnoses and employment-related identifying details; and

4. Plaintiffs shall re-file versions of their declarations that comply with the above limitations within seven (7) calendar days.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION [3:26-CV-07122-WHO]