Andrea Mazingo, SBN 300824
LUMEN LAW CENTER, P.C.
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone: (310) 269-6739
Email: andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
WORKPLACE ADVOCATES, P.C.
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 983-4102
Email: brandi@wpa.law

Rebecca Houlding (pro hac vice pending)
HOULDING LAW PC
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Email: rebecca@houldinglaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1 THROUGH 26, | Case No. 3:26-cv-07122-WHO |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS OF DOE 16 AND 18** |
| v. | |
| META PLATFORMS, INC., | [Civil L.R. 7-11] |
| Defendant. | Judge: Hon. William H. Orrick |

### ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL

### DECLARATION OF DOE 16 AND 18

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully request leave to file the accompanying Supplemental Declaration of Doe 16, together with Exhibits A through D-4

thereto, and Supplemental Declaration of Doe 18, for the Court's consideration in connection with Plaintiffs' pending Application for a Temporary Restraining Order and, in the alternative, Plaintiffs' Motion for Preliminary Injunction (Dkt. 3), set for hearing on August 24, 2026.

The supplemental declarations are brief and consist of percipient factual testimony and contemporaneous documents bearing on statements in the Declaration of Linh Doan (Dkt. 18-3), including the statement that "[t]here was no AI-assisted 'scoring' or 'ranking' related to employee performance" (Doan Decl. ¶ 5(b)), and on representations made by Meta's counsel at the July 16, 2026 hearing concerning the role of AI-related metrics in performance evaluations. Plaintiffs received these materials from Does 16 and 18 following the hearing and submitted them promptly. Plaintiffs offer the declaration without additional argument, so that the record before the Court reflects this evidence prior to the Court's anticipated ruling; in the alternative, Plaintiffs request that the Court consider the declaration in connection with the preliminary-injunction briefing already scheduled.

Meta will suffer no prejudice: the declaration is factual and documentary, Meta holds the underlying internal materials, and Meta may respond in its further opposition due August 10, 2026. Plaintiffs take no position on whether the Court should consider the declaration in connection with its ruling on the Application or defer it to the preliminary-injunction record; Plaintiffs ask only that it be received.

Pursuant to Civil Local Rule 7-11(a), this motion is accompanied by the Declaration of Andrea Mazingo, which explains that Plaintiffs' counsel requested Meta's position on this motion by 3:00 p.m. on July 16, 2026, and that Meta had not provided its position as of filing. A proposed order is submitted herewith.

DATED: July 16, 2026

Respectfully submitted,

**LUMEN LAW CENTER, P.C.**
**WORKPLACE ADVOCATES, P.C.**
**HOULDING LAW PC**

By: /s/ Andrea Mazingo
Andrea Mazingo

*Attorneys for Plaintiffs*

**PLS.' ADMIN. MOTION FOR LEAVE TO FILE SUPPL. DOE 16 DECL. — 3:26-cv-07122-WHO**

## DECLARATION OF ANDREA MAZINGO PURSUANT TO CIVIL LOCAL RULE

## 7-11(a)

I, Andrea Mazingo, declare as follows:

1.      I am an attorney licensed to practice in California, admitted before this Court, and counsel of record for Plaintiffs. I have personal knowledge of the facts stated herein and could testify competently to them.

2.      On July 16, 2026, at approximately 2:15 p.m. PT, I emailed Meta's counsel, Erin Connell of Orrick, Herrington & Sutcliffe LLP, requesting Meta's position on this administrative motion and asking that Meta advise by 3:00 p.m. PT whether it would stipulate to the filing of the Supplemental Declarations of Does 16 and 18.

3.      Meta's counsel responded around 2:53 p.m. PT asking for more time to weigh in, and further responded at 3:03 p.m. PT stating that Meta opposes this filing.

4.      The Supplemental Declaration of Doe 16 and its exhibits are submitted concurrently, in unredacted form under seal and in redacted form on the public docket, consistent with the sealing protocol governing Plaintiffs' filings in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2026, at Valley Center, California.


_Andrea Mazingo_____
Andrea Mazingo

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR**

**LEAVE TO FILE SUPPLEMENTAL DECLARATION OF DOE 16**

Before the Court is Plaintiffs' Administrative Motion for Leave to File Supplemental Declaration of Doe 16. Good cause appearing, the Motion is GRANTED. The Supplemental Declaration of Doe 16 and Exhibits A through D-4 thereto are deemed filed and part of the record on Plaintiffs' Application for a Temporary Restraining Order and Motion for Preliminary Injunction. Meta may respond to the supplemental declaration in its further opposition due August 10, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK
United States District Judge