Andrea Mazingo, SBN 300824
LUMEN LAW CENTER, P.C.
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone: (310) 269-6739
Email: andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
WORKPLACE ADVOCATES, P.C.
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 983-4102
Email: brandi@wpa.law

Rebecca Houlding (pro hac vice pending)
HOULDING LAW PC
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Email: rebecca@houldinglaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1 THROUGH 26,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-07122-WHO<br><br>**SUPPLEMENTAL DECLARATION OF DOE 16 IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. William H. Orrick |

I, Doe 16, declare as follows:

1.    I am a Plaintiff in this action and a current employee of Meta Platforms, Inc. ("Meta"). I previously executed a declaration in support of Plaintiffs' Application for a Temporary Restraining Order and Motion for Preliminary Injunction, filed July 13, 2026. I

---

1

**SUPPL. DECL. OF DOE 16 ISO TRO/PI — CASE NO. 3:26-cv-07122-WHO**

submit this supplemental declaration based on my personal knowledge, and if called as a witness I could and would testify competently to the facts stated here.

2.      I have reviewed the Declaration of Linh Doan filed in support of Meta's Opposition (Dkt. 18-3). I offer the following facts from my own experience and observation during my employment at Meta.

**Meta's written 2025 performance expectations included AI-driven impact.**

3.      During the 2025 performance cycle, Meta's written performance-expectations guidance—internal material titled "How We Work"—identified "AI Driven Impact" as an "Above and Beyond" performance expectation. I personally reviewed this guidance during my employment, and a true and correct copy of a screenshot I captured of it is attached as **Exhibit A**.

**My own 2025 performance review credited my AI use.**

4.      In my 2025 performance review, my manager cited my use of AI tools as a strength, and the review template prompted her regarding my impact achieved in 2025, "which includes AI-driven impact" per the prompt. A true and correct copy of the relevant excerpt of my 2025 performance review is attached as **Exhibit B**. My manager also told me verbally that my AI use was "excellent" and that I should "keep up the good work."

5.      During the same period, I regularly appeared at or near the top of the AI-usage dashboard for my team, measured by AI-token use. That dashboard displayed each team member's AI-tool usage and was visible to team members and my manager.

**An internal post attributed a 2025 rating in part to low AI adoption.**

6.      During my employment, I read a post on Meta's internal Workplace platform in which a Meta employee wrote that the employee had received a rating of "Meets Most" for 2025

due in part to low AI adoption. A true and correct copy of a screenshot I captured of that post is attached as **Exhibit C**.

**Engineering leaders acknowledged in April 2026 that AI token use had been used as a proxy for performance.**

7.      In April 2026, I read an internal post in which Meta engineering leaders discussed the use of AI-token usage in connection with employee performance. In that post, the leaders acknowledged that AI token use had been used as a proxy for performance, stated that they "don't advocate for token usage" being part of the performance-review process, and described that it is not a "direct measure" for impact but a "useful proxy for broad-based behavior change." True and correct copies of screenshots I captured of that post are attached as **Exhibits D-1 through D-4**.

8.Each exhibit attached to this declaration is a true and correct copy of a screenshot I personally captured from Meta's internal systems, to which I had authorized access as a Meta employee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2026, at Seattle, Washington.

_____

Doe 16

*Unredacted signature version filed under seal per existing protocol*

**SUPPL. DECL. OF DOE 16 ISO TRO/PI — CASE NO. 3:26-cv-07122-WHO**

# EXHIBIT A

While Career Expectations cover the minimum for role and level, this guide clarifies the expectations for *How We Work at Meta* including what above and beyond impact could be considered as part of the performance cycle.

# AI-DRIVEN IMPACT

AI is quickly becoming a foundational part of how we get work done at Meta. Evolving Meta into a company that operates AI-native requires all of us to integrate AI into our workflows, and in 2026 this will be a core expectation. In the 2025 Performance cycle, we'll reward people who have driven significant impact using AI either in their own work or by improving team or company productivity.

Notes:

1. Individual adoption metrics **will not** be considered as part of the performance cycle. Look for clear examples where AI enabled higher quality, efficiency, or innovation. Recognition should be based on the outcome and overall impact delivered as a result of leveraging AI, not if it was used.
2. AI-driven impact should be considered within the broader context of the employee's work, team goals, and business needs. Meaning, the threshold for recognition is higher for someone whose core job involves AI.
3. Quality matters. Review ways to prevent AI slop, and some Eng examples of what above and beyond could look like for 2025.

| 2025 Above & Beyond / 2026 Core Expectations |
|---|
| • Uses AI to deliver high impact. *Ways to achieve this may include:*<br>    ○ Uses AI to increase individual productivity (e.g., AI-assisted diffs, faster/better writing, faster/better analysis)<br>    ○ Builds quality outputs that solve real user needs in ways and at a velocity that weren't possible without AI<br>    ○ Provides feedback to agents to continuously improve outputs<br>    ○ Quickly ramps up on new tools, codebases, or processes<br>• Builds AI-driven solutions that improve team or org productivity. *Ways to achieve this may include:*<br>    ○ Creates reusable tools, prompt libraries, automations, and processes<br>    ○ Adapts/extends existing systems to be usable by AI<br>    ○ Fixes or improves existing AI tools when needed<br>    ○ Streamlines existing processes or reimagines end-to-end workflows (when needed) using AI<br>    ○ Stays up-to-date with the latest AI practices and teaches others how to use AI effectively |

# EXHIBIT B

# Confidential

Your self-review and feedback about you can be downloaded for personal use but please use judgment and be mindful of any confidential projects that may be mentioned.



2025

CONFIDENTIAL

Meta_Lumen_01198

# Performance Review

███████████████████████████████

Submitted 2026-03-03

**Rationale for the performance rating ████ received.**

████ thank you for your impact in the year of 2025 in support of the ████ program. Since you have started at Meta, you have executed with mixed impact with some wins and some gap areas, resulting in a Meets Most Expectations performance rating. In your work on the ████ program you demonstrated several strengths in synthesizing, executing, and delivering research, but you have also showed gaps in strategic thinking, direction, and leadership, which are crucial for success in your role as a ████ ████ and which reduced your impact for the ████████████ program. As examples of your strength you effectively leveraged AI to synthesize existing ████ research and expedite data analysis, enabling you to quickly onboard to execute primary research studies for ████████████ and support ████████████ with insight syntheses. You delivered study reports to the team on a quick timeline, identifying hardware risks for the ████ program and advocating for prioritization of the solutions. You were able to build partnerships with the ████ team and were recognized as the ████████████ enabling you to impact the program. However, as you onboarded you lagged in creating a proactive roadmap of research questions and executing strategic research despite being coached by your manager. You also did not convert existing work into clear ████ for ████ strategy that you could've used to influence your ████ Both of these skills are an expectation at your level. You have also conflated research methodology in some of your ████████ studies, leading to potential over-interpretation of the results. If you take a focused approach in growing in these areas, in this half you are well positioned to bring positive impact to the ████ program, grow as a ████████████ and close the gaps in your performance. I look forward to supporting you in building on your strengths and providing feedback as you grow your leadership skills and strategic thinking to set you up for a successful half.

**What impact did ████ achieve in 2025?** Include impact achieved, progress against business goals, and significant contributions to how we work at Meta, which includes AI-driven impact, smart risk-taking and effective teamwork.

The key areas for your impact for this time period include

- Serving as ████████ you represented user needs for ████████ by onboarding to existing work and creating POV documents to support ████
- To inform program decisions for ████████ you rapidly executed and delivered multiple studies in the first four months of joining the team as an ████ focusing on packaging, charging, and closure design, and overall ████ experience in

CONFIDENTIAL



- Contributed to the ▮▮▮▮ strategy pivot and conversations about feature prioritization for future generations of ▮▮▮▮ by flagging high ▮▮▮▮▮ risks for ▮▮▮▮▮▮▮▮▮▮▮ population and collaboratively creating a clear synthesis of observed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ However, this synthesis required a lot of input and support from your manager and research partners.
- Leveraging AI for increased impact you developed reusable R scripts and AI-driven analytic pipelines, enabling you to quickly synthesize and visualize data, enabling rapid iteration based on ▮▮▮ feedback.
- Partnering with ▮▮▮▮▮▮ across multiple teams, you created a ▮▮▮▮ ▮▮▮▮▮▮ providing a resource for recurring ▮▮▮ questions.
- Supporting the AI Reinforcement Learning Environments Hackathon, you created a non-technical environment and boosted understanding of AI within ▮▮▮▮

These are the areas where you could've gone further for bigger impact

- Creating a strategic roadmap of questions for all of the ▮▮▮▮▮▮▮▮▮ would've helped you identify and start execution on research that would impact future decisions (looking around corners). One of these examples was a study of form-factor vs feature trade-offs that could've been used to frame the roadmap for ▮▮▮▮▮▮▮▮▮▮ which was discussed multiple times
- Seeking alignment with ▮▮▮ prior to broadly releasing research results expediting fixes and properly identifying root causes which would reduce churn (one example was bringing up band slippage for ▮▮▮▮ during a VP review before aligning with the team which generated a lot of churn for these ▮▮▮
- Not over-leveraging ▮▮▮▮▮ population for questions not suited for this audience (reasons to buy, reasons to wear), and treating ▮▮ feedback for half-built experiences as if it were a final product, which translated into giving up on the product success.

## What are 1-3 strengths ▮▮▮▮ demonstrated?

Use the Career Expectations Explorer to help you describe how well their actions align with expectations or skills.

- **Leveraging AI for data analysis and synthesis** you effectively leveraged AI to help you onboard and synthesize data speeding up insight delivery.
- **Synthesizing complex information** into logically and visually compelling narratives, as demonstrated by ▮▮▮▮▮▮▮▮▮▮
- **Executing evaluative research** at a rapid cadence to deliver rapid iterative insights to the team. (However, it is essential that you are careful not to overinterpret data and ensure that your research methodologies are sound, which will be crucial for maintaining the quality of your research and insights)

## How can ▮▮▮▮ increase their impact? Describe 1-3 areas they can grow or improve.

CONFIDENTIAL                                                                 Meta_Lumen_01200

Use the Career Expectations Explorer to help you describe growth or improvement areas.

### Direction & strategic thinking

I encourage you to proactively generate research ideas that address key product definition questions, rather than relying on reactive execution. Developing a strategic roadmap of open questions and identifying learning opportunities will help you move beyond tactical work and increase your impact on early ███████ decisions for future ████████████ Embracing ambiguity and incorporating coaching will help you create more clarity and demonstrate growth in strategic planning and leadership.

### Research methodology & interpretation

To strengthen your research execution, I recommend seeking peer review for ████████ ██████████████████ This will help you avoid conflating methodologies and overinterpreting signals, especially in early-stage studies. For leaning into strategic research, being more proactive in planning and execution—such as influencing ██ to get █████████ in time for form factor acceptability research—will further improve the quality and reliability of your insights.

### Communication & collaboration

Sharing your insights and ideas in documents or slides backed by data will foster deeper engagement in meetings and broaden the reach of your findings. Creating comprehensive research reports and consistently sharing them out on Workplace will help maximize your impact. Staying in closer communication with ██████ partners—including more frequent check-ins or shared planning sessions—will ensure alignment on priorities and next steps.

### Systems & AI integration

Continue integrating AI into your workflow by reviewing and testing new tools to streamline processes and identify gaps that AI might help address across ██████████ ████████

# 2025 Year-end Ratings & Promos Calibration Notes

**Rating**
*Met Most Expectations*

---

CONFIDENTIAL

Meta_Lumen_01201

# EXHIBIT C



view  File  Edit  View  Go  Tools  Window  Help

Screenshot 20...

February 24 ·

**ymous Poster: Ding'd for "Low AI adoption" in 2025 PSC**

**YMIZED POST**

l adoption" was explicitly stated by my manager as one of two contributing factors to my
rating of MM for 2025. It's a secondary reason, but I am still surprised that it was
ned at all as a negative contributing factor, as I was under the impression that it would
a part of perf for 2026.

text:

o not work on an AI team or org.

y team works outside of ▮▮▮▮ where integration is not as seamless as devmate in
▮▮ for example.

id and do use claude/devmate, just when it felt like it would be the best tool for the job.

't asked them for details on how exactly they evaluated this, but I'm curious if this was
t up for anyone else as part of their performance.

123                                        26 comments   2 shares   Seen by 12K

---

Screenshot 20...

February 25 ·

**Anonymous Poster Asks...**

**HAS ANYONE ELSE DEALT WITH AI-DISTORTED PSC FEEDBACK OR "COPIED" PEER REVIEWS?**

My manager used AI to aggregate and refine my feedback, but the process completely stripped away the nuance. For context, a peer's "stretch goal" suggestion (e.g., "think more about the big picture") was transformed into a definitive "miss" (e.g., "projects are misaligned with priorities").

Even more concerning, I've noticed what looks like feedback "cloning." Person B's feedback is almost a word-for-word copy of an encounter only Person A was involved in. Because the AI saw two people mentioning the same thing, my manager (on behalf of AI) now thinks a one-time specific instance is actually a "prevalent" behavior pattern. This is also interesting because in my own experience of using AI, they can indeed sometimes draw causal relationships between two unrelated instances.

Two questions for the group:

1. **Has anyone else seen AI "hallucinate" or twist the sentiment of your peer reviews during the aggregation phase?** How did you flag this to your manager without sounding like you were just being defensive?

2. **How do you handle peers who clearly aren't being serious or original with their constructive feedback?** It feels like Person B just "copied the homework" of Person A and now I'm being penalized for the sheer volume of (duplicate) feedback rather than the substance of it.

Context: all my manager, person A and B are ESL

# EXHIBIT D1-D4

**(Engineering Announcements)** 🛡

April 2 · 🌐 · ⓘ Confidential

## How We're Using AI Adoption Data

Since ▬▬▬ shared the AI Adoption dashboard, we've heard a clear and fair question: "How is this data going to be used?" We want to address that directly and share how we're actually thinking about it.

TL;DR: We're using the AI Adoption dashboard to understand how orgs are shifting to AI-native ways of working. Like diff counts or lines of code, **we don't advocate token usage as a primary input for measuring performance.** Keep using the tools to learn and build for impact.

WHAT THIS DATA TELLS US (AND WHAT IT DOESN'T)

Like diff counts or lines of code, token usage tells us something about patterns of work across teams, not about the quality of any individual's output. We've discussed this with many ▬▬▬▬ eaders across the company and are aligned: token usage is not a direct measure of impact. **AI tokens burn rate != performance rating**. That framing is an important context for everything below.

This data serves as a useful proxy for broad-based behavior change. We're in the middle of a fundamental shift in how we build software, and the dashboard helps us see how that shift is playing out across orgs.

HOW WE'RE ACTUALLY USING IT: AN ▬▬ CASE STUDY

Within ▬▬▬▬▬ we've been looking at token usage and similar earlier data ▬▬▬▬▬ ▬▬▬▬▬▬▬ as trailing indicators of how broadly the team has adapted to AI-native ways of working. We rarely pay attention to the org-aggregate numbers, outside of me ▬▬▬ using them to troll peers when ▬ is ahead or learn from them when ▬ is behind. We pay more attention to the outliers, the high and the low, so we can deep-dive into why some teams' adoption and outcome numbers are significantly higher than others. On the high end, we've found patterns and practices worth spreading more broadly. We've also found cases where usage wasn't translating to meaningful work, and we course-corrected those. On the lower end, it often surfaces gaps we can actually help with: better tooling access, workflow support, or just connecting teams to what's working elsewhere.

Another use case: when a peer asked for AI-aware/AI-familiar people to help with certain AI-related projects, we checked the leaderboard and followed up with the top ▬▬▬▬▬ to see if any of them were interested. The hit rate there was surprisingly high.

Another use case: when a peer asked for AI-aware/AI-familiar people to help with certain AI-related projécts, we checked the leaderboard and followed up with the top ███████████ to see if any of them were interested. The hit rate there was surprisingly high.

We've also analyzed the data to see if there's any correlation between increasing LLM usage and better or faster product outcomes. Insights like this deep dive into ██████ AI coding gains help us understand where and how to make the experience of building products more efficient, and better, for our teams.

TOKEN USAGE AND PERFORMANCE

Our performance philosophy remains the same: people are evaluated on the impact they deliver. That's why we don't advocate using individual token data as a primary input for performance decisions. We wouldn't map high usage directly to being a high performer, and don't want to incentivize gaming AI adoption metrics. The company has invested heavily in making AI tools broadly available so everyone can learn, experiment, and build. So please take this opportunity to leverage AI for almost everything we do, but don't expect that high token usage will automatically translate into a high performance rating.

👍❤️ 1.4K                                   66 comments   81 shares   Seen by 29K

👍 Like          💬 Comment          🔁 Repost          🔖 Save          ↪ Share

View more comments

███████ Thanks for the transparency, ██████ I think the stated philosophy is sound: impact over tokens. My concern is the gap between what's stated here and what's actually happening on the ground. I'll explain:

Multiple orgs have built dashboards that rank en... **See more**

5w   Like   Reply   Edited                                                      69 👍❤️🤗

████████████████ am with you. This post is to address #1. What that means is that going into checkpoint@, we will ask managers not to use token usage as a justification for any performance rating on individuals in the team.

#2 and #3 are things on the ground that would need a lot of coordination between leads (such as myself), ███████████ in the team, and also ██████

View more comments

Thanks for the transparency, ███ I think the stated philosophy is sound: impact over tokens. My concern is the gap between what's stated here and what's actually happening on the ground. I'll explain:

Multiple orgs have built dashboards that rank engineers by token spend and flag those below a threshold. Managers are following up with reports who aren't "using enough AI." ███ and ███ comments confirm this isn't isolated. When the operating reality is leaderboards and manager pressure, the official "tokens ≠ performance" message becomes aspirational rather than descriptive.

This creates several downstream effects worth naming:

1. If usage is tracked, dashboarded, and visible to leadership, even as a "trailing indicator", it becomes a target. We learned this lesson with diff counts and lines of code. Token spend is the same class of gameable proxy metric. (see: Goodhart's Law)

2. The combination of pressure to demonstrate AI-native output, low barriers to ship, and performance anxiety incentivizes building from scratch over discovering and reusing existing work. Why contribute to someone else's project when you can ship your own version and claim a 0-to-1 narrative? We're seeing tool and solution fragmentation as a direct result.

3. AI tools democratize shipping ███ but not ███ judgment. People without ███ expertise can now produce ███ that looks functional but lacks critical architectural context. The output shows up well on adoption dashboards while creating maintenance burden and sometimes real risk.

The post says we "course-corrected" cases where usage wasn't translating to meaningful work. I'd love to hear more about what those course corrections looked like and how we're scaling that discernment, because right now, the loudest signal most ███ are receiving is "use more AI or fall behind."

5w   Like   Reply   Edited                        69

███

I am with you. This post is to address #1. What that means is that



Results for "checkpoint"

loudest signal most ▮▮▮▮▮ are receiving is "use more AI or fall behind."

5w    Like    Reply    Edited                                                    69

▮▮▮ ▮▮▮▮▮▮▮ I am with you. This post is to address #1. What that means is that going into checkpoint@, we will ask managers not to use token usage as a justification for any performance rating on individuals in the team.

#2 and #3 are things on the ground that would need a lot of coordination between leads (such as myself), senior ▮▮▮▮▮ in the team, and also ▮▮▮ If we don't do that, I agree that things would not work as well, and all these are just empty words.

A few directional things.

In abstract terms, we realize that changing behaviors and culture of an organization is hard. We will also have to change our organization to quickly surface issues observed in #2 and #3. I am sure you have seen many orgs starting to morph into smaller pods and fewer layers in the org's hierarchy. That is intentional, so the distance between the most senior ▮▮▮ and ▮▮▮▮▮ in the team is smaller, with the hope that ▮▮▮▮▮ will be empowered to voice their opinions or feedback.

Now in terms of actual things that we have done in ▮ to help with #2 and #3, and none would have happened without proper coordination. We form a group of senior ▮▮▮▮▮ working with me on ▮▮▮ This group monitors the usage, input and output. We identify good usage patterns and bad. We advocate for the good and figure out ways to stop the bad. This post is an example, but you can see many more in the same group: https://fb.workplace.com/groups/1273696371080188/permalink/1443219 724127851/.

Such is an oversight and many course corrections that we have done. I hope you can check with the senior ▮▮▮▮▮ within your org to do the same thing.

5w    Like    Reply                                                              2

— View more replies

Write a comment