Andrea Mazingo, SBN 300824
LUMEN LAW CENTER, P.C.
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone: (310) 269-6739
Email: andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
WORKPLACE ADVOCATES, P.C.
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 983-4102
Email: brandi@wpa.law

Rebecca Houlding (pro hac vice pending)
HOULDING LAW PC
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Email: rebecca@houldinglaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1 THROUGH 26,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-07122-WHO<br><br>**SUPPLEMENTAL DECLARATION OF DOE 18 IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. William H. Orrick |

I, Doe 18, declare as follows:

1.  I am a Plaintiff in this action and a current employee of Meta Platforms, Inc. ("Meta"), where I serve as a ▮▮▮ Director ▮▮▮ and people manager. I previously executed a declaration in support of Plaintiffs' Application for a Temporary Restraining Order and Motion

for Preliminary Injunction. I submit this supplemental declaration based on my personal knowledge, and if called as a witness I could and would testify competently to the facts stated here.

2.      I have reviewed the Declaration of Linh Doan (Dkt. 18-3) and the Declaration of Bryan Sharkey (Dkt. 18-1) filed in support of Meta's Opposition. I offer the following facts from my own experience as a senior director and people manager at Meta during the period leading to the May 20, 2026 reduction in force ("RIF").

**The only selection criterion communicated to me was the most recent performance rating.**

3.      In connection with the RIF, the only selection criterion my direct manager communicated to me, as a ███ people manager, was an employee's most recent performance rating—specifically, that employees rated "Meets Most Expectations" or below were to be considered for inclusion. No one at Meta ever communicated to me the multiple other criteria described in Paragraph 5 of the Doan Declaration—job profile or level, historical performance and promotion history, tenure, location, job function, specialized skills, or spans and layers—as criteria to be used in RIF selection decisions.

4.      I never saw or received any document setting out pre-determined selection criteria for the RIF, at the senior-director level or otherwise. I participated in the calibration discussions that preceded Meta's prior round of layoffs; I received no comparable materials, and participated in no comparable process, for the May 2026 RIF.

5.      I am not aware of any communication distinguishing the restructuring criteria described in Paragraphs 4 and 5 of the Doan Declaration as applying differently to, or excluding, Meta's ███ organization. As stated in my prior declaration, Meta's Chief ███ Officer

**SUPPL. DECL. OF DOE 18 ISO TRO/PI — CASE NO. 3:26-cv-07122-WHO**

published a post on Meta's internal Workplace platform, distributed to the ███████ organization, stating that there would ███████████████████████████████████████████.

**Training.**

6.    I recall completing manager training upon hire. My recollection of the recurring annual training is that it is brief and general. I do not recall any training addressing the Family and Medical Leave Act, leave neutrality in performance evaluation or workforce-reduction decisions, or the treatment of employees on protected leave in selection decisions. I do not recall any mandatory training on reasonable accommodations; to the extent such training exists, I recall it being offered as optional.

**Roles with responsibilities like mine were opened after my selection.**

7.    Following my May 20, 2026 selection, Meta opened two Director-level positions with substantially the same responsibilities as the role I held. I learned of these positions through postings I personally reviewed on Meta's careers site .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2026, at Seattle, Washington.



Doe 18

*Unredacted signature version filed under seal per existing protocol*