ERIN M. CONNELL (SBN 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

LAUREN M. GOLDSMITH (SBN 293269)
lgoldsmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:     +1 212 506 5000

DIXIE TAUBER (SBN 321692)
dtauber@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     +1 916 329 7982

Attorneys for Defendant

META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOES 1 THROUGH 26, | Case No. 3:26-CV-07122-WHO |
| Plaintiffs, | **DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | Hon. William H. Orrick |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Meta Platforms, Inc. ("Meta") hereby moves the Court to consider whether certain material that Plaintiffs seek to seal should be filed under seal.

On July 23, 2026, concurrently with this motion, Meta filed a Declaration of Linh Doan Pursuant to the Court's July 17, 2026 Order, which refers to documents subject to Plaintiffs' pending Administrative Motion to File Under Seal. (Dkt. Nos. 11, 13.) Meta has opposed that motion. (Dkt. No. 19.) The materials subject to this motion to be filed provisionally under seal include the following:

| Document | Description | Citation |
|---|---|---|
| Decl. of Linh Doan Pursuant to the Court's July 17, 2026 Order ("Doan Decl.") | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 10 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 11 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 12 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 13 |

| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 14 |
| --- | --- | --- |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 16 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 17 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 18 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 19 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 20 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 21 |
| Doan Decl. | Subject to Plaintiffs' Motion | Doan Decl., ¶ 22 |

ADMIN. MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE SEALED [3:26-CV-07122-WHO]

|  | (Dkt. Nos. 11 and 13) |  |
|---|---|---|
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 23 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 24 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 25 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 26 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 27 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 28 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 29 |

3

| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 30 |
| --- | --- | --- |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 31 |
| Doan Decl. | Subject to Plaintiffs' Motion (Dkt. Nos. 11 and 13) | Doan Decl., ¶ 32 |

As stated in Meta's Opposition to Plaintiffs' Motion to Seal, Meta opposes sealing of the materials at issue.

Dated: July 23, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
                                        Erin M. Connell
                                    Attorneys for Meta Platforms, Inc.

ADMIN. MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE SEALED [3:26-CV-07122-WHO]