Andrea Mazingo, SBN 300824
LUMEN LAW CENTER, P.C.
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone:  (310) 269-6739
Email:  andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
WORKPLACE ADVOCATES, P.C.
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone:  (909) 983-4102
Email:  brandi@wpa.law

Rebecca Houlding (admitted *pro hac vice*))
HOULDING LAW PC
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone:  (646) 561-9119
Email:  rebecca@houldinglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DOES 1 THROUGH 26,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-07122-WHO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF DOE 20 ONLY PURSUANT TO FED.  R. CIV.  P. 41(a)(1)(A)(i)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Doe 20, and only Plaintiff Doe 20, hereby voluntarily dismisses without prejudice all claims asserted by Doe 20 against Defendant Meta Platforms, Inc. in this action.

Defendant has served neither an answer nor a motion for summary judgment. Defendant's opposition to Plaintiffs' application for a temporary restraining order is neither. Dismissal under Rule 41(a)(1)(A)(i) is therefore a matter of right, is effective upon filing, and requires no order of this Court. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077-78 (9th Cir. 1999). Because this notice precedes any answer or summary judgment motion, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

This notice does not affect the claims of any other Plaintiff. Does 1 through 19 and 21 through 26 remain parties and continue to prosecute this action, including the pending Motion for Preliminary Injunction (Dkt. 3). Plaintiffs will file a conformed caption in subsequent filings as appropriate.

In the alternative only: to the extent the Court concludes that Rule 41(a) does not permit dismissal of fewer than all plaintiffs by notice, *see Hells Canyon Preservation Council v. U.S. Forest Service*, 403 F.3d 683, 687-88 (9th Cir. 2005), Doe 20 respectfully requests that the Court construe this notice as a request to sever and dismiss Doe 20's claims without prejudice pursuant to Federal Rules of Civil Procedure 21 and 41(a)(2), on the ground that dismissal at this early stage, before any responsive pleading, causes no legal prejudice to Defendant.

Doe 20 and Defendant shall each bear their own attorneys' fees and costs with respect to the dismissed claims.

DATED:  August 3, 2026

Respectfully submitted,

**LUMEN LAW CENTER, P.C.**
**WORKPLACE ADVOCATES, P.C.**
**HOULDING LAW PC**

By:  _Andrea Mazingo_

Andrea Mazingo
Barbara E. Cowan
Rebecca Houlding (admitted *pro hac vice*)

*Attorneys for Plaintiffs*