Andrea Mazingo, SBN 300824
LUMEN LAW CENTER, P.C.
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone: (310) 269-6739
Email: andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
WORKPLACE ADVOCATES, P.C.
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 983-4102
Email: brandi@wpa.law

Rebecca Houlding (admitted *pro hac vice*)
HOULDING LAW PC
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Email: rebecca@houldinglaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOES 1 THROUGH 26,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-07122-WHO<br><br>**DECLARATION OF DAVID NEUMARK, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. William H. Orrick |

I, David Neumark, declare as follows:

## I. INTRODUCTION AND ASSIGNMENT

1. I am a labor economist and Distinguished Professor of Economics at the University of California, Irvine. I have been retained by counsel for Plaintiffs, through applEcon, LLC, to

explain the types of data and information that would be needed to evaluate statistically whether employees who took, requested, or were scheduled to take protected leave were more likely to be selected for layoff in Meta Platforms, Inc.'s May 2026 reduction in force.

2. I have not reviewed discovery, internal Meta documents, employee-level data, or other evidence concerning how Meta made the layoff selections at issue. Accordingly, I do not offer an opinion as to whether Meta used any particular technology, measure, criterion, or procedure in making those selections. My opinions in this declaration are limited to the general statistical methods that could be used to evaluate the selection process and to the categories of data and information that would be needed to conduct that evaluation.

3. I am being compensated for my time in this matter at a rate of $675 per hour and at a rate of $775 per hour for deposition or trial testimony. I am assisted by consulting staff at applEcon working under my direction. My compensation does not depend on the substance of my opinions or the outcome of this litigation.

4. The opinions expressed in this declaration are based on my education, training, research, and experience as a labor economist. The precise form of any analysis would depend on the data produced and on information concerning how Meta identified the employees eligible for layoff and evaluated and selected employees for layoff.

## II. QUALIFICATIONS

5. I am David Neumark, Distinguished Professor of Economics at the University of California—Irvine. I am a labor economist who has done extensive research on labor market discrimination, including developing new methods for measuring and testing for discrimination that have been adopted by many other researchers. I have published approximately 30 peer-reviewed journal papers on discrimination based on race, ethnicity, gender, or age, in journals

including the *American Economic Review*, *Contemporary Economic Policy*, *Economic Journal*, *Industrial Relations*, *Industrial and Labor Relations Review*, *International Economic Review*, *Journal of Human Resources*, *Journal of Labor Economics*, *Journal of Policy Analysis and Management*, *Journal of Law and Economics*, *Journal of Political Economy*, *Review of Economics and Statistics*, and *Quarterly Journal of Economics*, as well as other studies in edited books, and a full-length book on gender discrimination and gender differences in labor markets. The goal of much of this research is to better understand the role of discrimination versus other explanations of differences in labor market outcomes by race, ethnicity, gender, or age.

6. As a labor economist, most of my work involves statistical and econometric analysis of data. As examples, several of my research papers on discrimination focus on the development of new statistical techniques to measure and test for labor market discrimination. Others study the effects of equal pay laws or evidence of violations of them.[1] The graduate courses that I teach in labor economics and my training of Ph.D. students in labor economics focus heavily on econometric methods applied to the analysis of labor market data.

7. I have previously held positions at the Federal Reserve Board, the University of Pennsylvania, Michigan State University, and the Public Policy Institute of California. I am a research associate of the National Bureau of Economic Research, a research fellow at IZA@LISER in Luxembourg and at CESifo in Germany, an adjunct fellow at the Public Policy Institute of California, and a visiting scholar at the Hoover Institution and the Federal Reserve Bank of San Francisco. I also direct the Center for Population, Inequality, and Policy at UC—Irvine. In

[1] See, e.g.: Neumark, David, and Wendy Stock. 2006. “The Labor Market Effects of Sex and Race Discrimination Laws.” *Economic Inquiry*, Vol. 44, pp. 385-419; and Bayard, Kimberly, Judith Hellerstein, David Neumark, and Kenneth Troske. 2003. “New Evidence on Sex Segregation and Sex Differences in Wages from Matched Employee-Employer Data.” *Journal of Labor Economics* 21(4): 887-922.

recognition for my contributions to labor economics, I have been elected as a Fellow of the American Association for the Advancement of Science and a Fellow of the Society of Labor Economists. A copy of my curriculum vitae is attached as Exhibit A.

## III. SUMMARY OF OPINIONS

8. I offer three opinions in this declaration. First, assuming I am provided with standard personnel data that, in my experience, companies retain, standard statistical methods can be used to evaluate whether employees who took, requested, or were scheduled to take protected leave were selected for layoff at higher rates than otherwise comparable employees in Meta's May 2026 selection process. For employees who had taken or were taking leave, if Meta considered employee activity or performance measures in making its selections, then – again, as long as I am provided with the data on activity and performance – statistical methods can also be used to examine whether: (1) those measures were associated with leave; (2) failure to account for these activities or performance measures explains any observed difference in layoff selection rates associated with whether employees took, requested, or were scheduled to take protected leave; and (3) whether any apparent effect of differences in activity or performance in accounting for leave-related differences in layoff rates – if there is such evidence – reflects failure to account appropriately for time not worked because of leave. For employees whose requested or approved leave had not yet begun, the activity analysis would not apply, but statistical methods could examine whether the request or approval was associated with differences or changes in performance ratings and whether those ratings were associated with selection for layoff.

9. Second, the types of data and information needed to conduct these analyses include the following: information sufficient to identify the employees eligible for selection; leave request, approval, anticipated start, actual start, and end dates; layoff selection outcomes; relevant

employee and organizational characteristics that entered into layoff decisions; the criteria, measures, and procedures used to make the selections; and any activity or performance measures considered in the selection process, including the periods covered by those measures. The precise data fields and analytical specifications would depend on how Meta structured and implemented its layoffs and other personnel processes.

10. Third, based on my experience conducting statistical analyses in employment matters, the principal categories of standard personnel, leave, performance, organizational, and employment decision data needed for the proposed analyses are of the types that large employers commonly generate or maintain in the ordinary course of administering their workforces and making employment decisions.

## IV. OPINION 1: PROPOSED EMPIRICAL ANALYSES

11. The proposed empirical analysis would model which employees were selected for layoff and test whether employees who took, scheduled, or requested protected leave were selected at higher rates than otherwise comparable employees who were eligible for selection. This analysis would be similar in general form to statistical analyses commonly conducted in employment discrimination matters.

12. The employees challenging their layoffs cannot by themselves answer that question. The analysis would require data for the full relevant population of employees who were eligible for selection, including both employees who were selected and employees who were retained.

13. The appropriate comparisons would depend on how Meta implemented and structured its decisions. The analysis would begin with descriptive comparisons of layoff selection

rates and would then use regression or a related multivariate method to account, as appropriate, for Meta's stated selection criteria and relevant employee or other characteristics.

14. A related analysis would then examine possible mechanisms for any observed disparity in layoff selections. For employees who had taken or were taking protected leave, if Meta considered measures such as AI-tool or token usage, keystrokes, log-ins, code or task activity, or other employee activity or performance measures, the analysis could test whether those measures were lower for leave takers and whether they were calculated without accounting for the amount of time an employee was actually available to work. The analysis could also compare relevant measures or ratings before periods of leave, subject to the timing and structure of the available data.[2] For employees whose formally requested or approved leave had not yet begun, the activity measure analysis would not apply. The analysis could instead examine whether the request or approval was associated with a decline or other change in performance ratings, including the relevant year-end 2025 ratings, whether employees with future leave received lower ratings than otherwise comparable employees, and whether those ratings statistically account for some portion of any observed difference in layoff selection rates.

15. For employees who had taken or were taking leave, a cumulative activity measure may be lower because an employee had fewer days available to work, rather than because the employee was less productive while working. The analysis, therefore, would need to determine whether the measure was adjusted or normalized for days or hours actually worked, which will

[2] I understand that similar questions may arise for employees who received an accommodation. If employee-level data concerning the timing and terms of accommodations are provided, statistical methods could examine whether accommodation status was associated with performance measures, ratings, or layoff selection, with the appropriate analysis depending on the nature of the accommodation.

require data that, to the greatest extent possible, specifies the periods covered by these measures, and the periods covered by leaves.

16. This inquiry would not require an assumption that an artificial-intelligence system itself made the layoff decision. If an algorithmic or AI-assisted system generated a score, ranking, summary, recommendation, or employee list that was made available to human decisionmakers, the analysis could examine the relationship among the inputs, the resulting output, leave (or accommodation status), and the ultimate selection decision. I do not offer an opinion about the design or operation of any such system.

## V. OPINION 2: DATA AND INFORMATION NEEDED

17. The analyses described above would require employee-level, longitudinal data with stable identifiers sufficient to link employees across the relevant data files and stages of their employment at Meta, their leave requests, approvals, and leave periods, their performance reviews and any other performance or activity metrics, and the layoff decision process. The principal categories of data and information would likely include, but not be limited to, the following, together with data dictionaries and documentation necessary to interpret the fields:

(a) Population and outcomes. The roster of all employees employed by Meta during the relevant period, together with information sufficient to determine whether each employee was eligible for, included in, or excluded from the May 2026 selection process and how that status was determined; whether each employee was selected, retained, transferred, reassigned, or otherwise removed from consideration; the relevant recommendation, decision, notification, and effective dates; and the reason for any decision.

(b) Employment, organizational, and job-architecture information. Job and employment characteristics considered by Meta, such as job title, location, tenure, time in position, and

scheduled hours, and any other characteristics Meta relied upon. When any classifications (e.g., job or organizational classifications, or related performance scales) changed over time, the information should include effective dates and appropriate crosswalks.

(c) Employment history at Meta and other employee characteristics. For each employee, hire date; the employee's complete Meta employment history, including the effective dates of each position, level, location, organizational assignment, and employment status; and demographic characteristics such as sex, race or ethnicity, and age. Education, credentials, and pre-Meta employment experience may also be relevant also to the extent Meta contends that those qualifications played a role in determining eligibility for or selection in the layoff process.

(d) Compensation information, if relevant. To the extent Meta considered compensation in selecting employees for layoff, base salary or hourly wage rate; effective dates of changes in pay; pay frequency, basis, and currency; salary grade, range, or band; bonuses, commissions, incentive compensation, equity awards, total compensation, and other employee-level labor cost measures available or considered in the selection process; and information sufficient to distinguish compensation rates from actual earnings affected by leave.

(e) Leave and accommodation information. The type of leave or accommodation; request, notice, approval, anticipated start, actual start, and end dates; whether leave was paid or unpaid; scheduled workdays and hours; days or hours actually worked; other material periods of absence or reduced schedules; and, for anticipated leave or accommodation requests, information sufficient to determine when Meta and the relevant decisionmakers learned of them.

(f) Selection criteria and performance information. The criteria, instructions, worksheets, ratings, component scores, rankings, goals, narratives, feedback, relevant promotion, transfer, attendance, or disciplinary history, review periods, reviewer identities, calibration or review

materials, and other performance or personnel information available or used at each stage of the selection process. The information should permit performance ratings to be compared before and after leave requests, approvals, and leave periods and should permit the role of those ratings in the layoff selection process to be evaluated. Identifying these materials as potentially relevant does not assume that every measure would be appropriate to include as a statistical control; that determination would depend in part on whether the measure may itself have been affected by leave or leave status.

(g) Activity or productivity measures. Any employee-level AI-tool or token usage, keystrokes, log-ins, code activity, tasks, tickets, communications, attendance, sales, output, quality, timeliness, or other activity or productivity measures considered directly or through a rating, ranking, summary, or recommendation; the source, definition, units, and components of each measure; the periods over which it was calculated; its underlying employee-level observations; and any adjustment for full-time-equivalent status, scheduled hours, leave, or other time not worked.

(h) Policies and process records. The criteria, guidance, templates, instructions, timelines, training, and communications governing the May 2026 process; any headcount, compensation, labor cost, or cost savings objectives; and the treatment of leave, accommodations, performance, activity measures, and calibration or review procedures.

18. The data should be produced in a reasonably usable form that preserves dates and permits the relevant files to be linked. Where a measure or rating changed over time, the data should preserve the values and dates relevant to the selection process rather than provide only a current value. Aggregate summaries alone would not be sufficient because they would not permit the identification and analysis of comparable workers, permit employee characteristics to be taken

into account, or enable activity measures to be aligned with periods actually worked or changes in performance ratings to be aligned with leave requests, approvals, and selection decisions.

## VI. OPINION 3: DATA OF THIS KIND ORDINARILY EXIST AS PRODUCIBLE BUSINESS RECORDS

19. Based on my experience conducting statistical analyses in employment matters, large employers commonly generate and maintain employee-level information concerning things such as organizational placement, position, level, location, tenure, work schedules, performance, leave requests, approvals and leave periods, and employment-related outcomes. They also commonly maintain information concerning the criteria and procedures used to make significant employment decisions. These are the general types of data I have encountered in other employment matters and that would ordinarily provide the starting point for the analyses described above.

20. I have not reviewed Meta's recordkeeping systems or internal records. I therefore do not offer an opinion that Meta maintains every requested item, that any particular data field exists, that the available records are complete or reliable, that the information can be produced in any particular form or within any particular period, or that such information would necessarily be used in my analysis. In addition, my opinion concerning information commonly maintained by large employers does not extend to specialized AI-related measures, scores, outputs, source code, model architecture, training data, model weights, or other technical materials concerning the internal operation of an artificial intelligence system.

## VII. SCOPE AND LIMITATIONS

21. My opinions are methodological and prospective. I have not analyzed any Meta data or documents, and nothing in this declaration should be read as an assertion about the specifics of the analyses I would conduct or what any such analyses would show. I reserve the right to

supplement these opinions if additional materials are provided to me, including any further declarations or evidence Meta submits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2026, at San Francisco, California.



David Neumark, Ph.D.

# Exhibit A

**David Neumark**

**CURRICULUM VITAE**

David Neumark
611 Gennessee St.
San Francisco, CA 94127
Home phone: 415-264-8946

Department of Economics
3151 Social Science Plaza
University of California, Irvine
Irvine, CA 92697
Work phone: 949-824-8496
E-mail: dneumark@uci.edu

**PERSONAL:** Born July 7, 1959
United States Citizenship

**EDUCATION:**

Fields: Labor Economics, Econometrics

Thesis Topic: Male-Female Differentials in the Labor Force: Measurement, Causes and Probes.

Fellowships:
National Science Foundation Graduate Fellowship
Fulbright Scholarship

Awards/Honors
Distinguished Professor, University of California, Irvine, 2018-present
National Longitudinal Surveys, Michael E. Borus Memorial Dissertation Award
National Institute on Aging, Special Emphasis Research Career Award
2000 Minnesota Award for "Age Discrimination Laws and Labor Market Efficiency"
Bren Fellow, Public Policy Institute of California, 2009-2010
Choice Outstanding Academic Title, 2009, for Minimum Wages (Cambridge: MIT Press, 2008)
Chancellor's Professorship, University of California, Irvine, 2012-2018
UCI Associated Graduate Students, 2015, Faculty Mentoring Award
2016 Harris Distinguished Visiting Professor, Clemson University
Selected to teach at IZA European Summer School in Labor Economics, 2016
Lady Davis Fellowship, Hebrew University of Jerusalem, 2018
Elected Fellow of the American Association for the Advancement of Science, 2019
Elected Fellow of the Society of Labor Economists, 2026

Graduate: Harvard University, Awarded Master of Arts Degree in Economics in 1985, Ph.D. in Economics in 1987.

| | |
|---|---|
| Undergraduate: | University of Pennsylvania. Awarded Bachelor of Arts Degree in 1982. Graduated Phi Beta Kappa, Summa Cum Laude, with Honors. Shanbaum Award for the Outstanding Student in Economics. |

**RESEARCH AND PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 2005-present | **University of California, Irvine, Department of Economics**—Professor of Economics (now Distinguished Professor of Economics) |
| 2019-present | **University of California, Irvine, Center for Population, Inequality, and Policy**—Founding Co-Director |
| 2026-present | **Korea University**—Crimson Distinguished Professor |
| 2025-present | **Western Economic Association International**—Executive Board |
| 2023-present | **Visiting Fellow**—Hoover Institution, Stanford University |
| 2024-present | **Adjunct Fellow**—Public Policy Institute of California |
| 2011-present | **Federal Reserve Bank of San Francisco—**Visiting Scholar |
| 2025 | **Consultant**—National Bank of Slovakia (Central Bank) |
| 2023 | **Visiting Scholar—**Einaudi Institute for Economics and Finance, Rome |
| 2018-present | **CESifo**—Research Fellow |
| 2018 | **Tel Aviv University**—Visiting Professor |
| 2016-2019 | **Beijing Normal University**—Visiting Professor |
| 2016-2019 | **University of California, Irvine, Economic Self-Sufficiency Policy Research Institute (ESSPRI)**—Founding Director |
| 2012-present | **Workers Compensation Research Institute**—Senior Research Fellow |
| 2012 | **Renmin University, Hanqing Institute, Beijing, China**—Visiting Lecturer |
| 2011-2015 | **University of California, Irvine, Center for Economics & Public Policy—** Founding Director |
| 2009-2016 | **Charles River Associates**—Senior consultant |
| 2009-2011 | **University of California, Irvine**—Director of Graduate Studies |

**David Neumark**

| | |
|---|---|
| 2004-present | **IZA, Institute for the Study of Labor**—Research Fellow |
| 2002-2011 | **Public Policy Institute of California**—Bren Fellow/Senior Fellow, Economics |
| 2000-2001 | **Public Policy Institute of California**—Visiting Fellow |
| 1999-2002 | **Michigan State University, Department of Economics**—Director of Graduate Studies |
| 1995-present | **National Bureau of Economic Research**—Research Associate |
| 1994-2002 | **Michigan State University, Department of Economics**—Professor of Economics |
| 1989-1994 | **University of Pennsylvania, Department of Economics**—Assistant Professor of Economics |
| 1989-1994 | **National Bureau of Economic Research—**Faculty Research Fellow |
| 1987-1989 | **Board of Governors of the Federal Reserve System**—Economist, Division of Research and Statistics |
| 1984-1985 | **Abt Associates, Inc.**—Economic consultant |

**<u>EDITORIAL RESPONSIBILITIES:</u>**

| | |
|---|---|
| 2022-present | **Journal of Urban Economics, Editorial Board** |
| 2009-present | **Journal of Labor Research, Editorial Board** |
| 2004-present | **Industrial Relations, Editorial Board** |
| 2002-present | **Contemporary Economic Policy, Editorial Board** |
| 2012-2022 | **Journal of Urban Economics, Co-Editor** |
| 2012-2016 | **IZA Journal of Labor Policy, Editor** |
| 2009-2012 | **Journal of Urban Economics, Editorial Board** |
| 2006-2012 | **Review of Economics of the Household, Associate Editor** |
| 2003-2010 | **Economics of Education Review, Editorial Board** |
| 2004-2006 | **California Economic Policy, Editor** |

**<u>PEER-REVIEWED PUBLICATIONS:</u>**

Melo, Vitor C., Christopher Kaiser, David Neumark, Liya Palagashvili, and Michael D. Farren, "Minimum Wage Laws and Job Search," forthcoming in <u>Journal of Public Economics</u>.

**David Neumark**

McLaughlin, Joanne Song, and David Neumark, "Is There Intersectional Labor Market Discrimination?" forthcoming in Industrial Relations.

He, Haoran, David Neumark, and Qian Weng, "Gender Reveals in the Labor Market: Evidence on Gender Signaling and Statistical Discrimination in an Online Health Care Market," forthcoming in Journal of Human Resources.

Jha, Priyaranjan, Jyotsana Kala, David Neumark, and Antonio Rodriguez-Lopez, "City Size, Monopsony, and the Employment Effects of Minimum Wages," forthcoming in Journal of Urban Economics: Insights.

Freedman, Matthew, and David Neumark, "Can We Build Better Place-Based Policies? Theory and Evidence," forthcoming in Economic Development Quarterly.

Jha, Priyaranjan, David Neumark, and Antonio Rodriguez-Lopez, Minimum Wages Reduce Restaurant Employment (Almost Any Way You Slice It)," forthcoming in Journal of Political Economy Microeconomics.

Hyman, Benjamin, Matthew Freedman, Shantanu Khanna, and David Neumark, "Firm Responses to State Hiring Subsidies: Regression Discontinuity Evidence from a Tax Credit Formula," forthcoming in Review of Economics and Statistics.

Burn, Ian, Daniel Firoozi, Daniel Ladd, and David Neumark, "Help Really Wanted? The Impact of Age Stereotypes in Job Ads on Applications from Older Workers," forthcoming in Journal of Labor Economics.

Jha, Priyaranjan, David Neumark, and Antonio Rodriguez-Lopez, "What's Across the Border? Re-Evaluating the Cross-Border Evidence on Minimum Wage Effects," forthcoming in Journal of Political Economy Microeconomics.

Neumark, David, and Emma Wohl, 2026, "Do Higher Tipped Minimum Wages Reduce Race, Ethnic, or Gender Earnings Gaps for Restaurant Workers?" Industrial Relations, pp. 176-199.

Savych, Bogdan, and David Neumark, 2026 "Unresolved Conflict in Workers' Compensation: The Impact of Legal Representation on Workers' Compensation Benefits," Journal of Risk and Insurance, pp. 5-40.

Neumark, David, and Zeyu Li, 2025, "Too Much of a Good Thing? How Narrow Targeting and Policy Interactions Influence Responses to California's EITC," Tax Policy and the Economy, Vol. 39, pp. 117-141.

Neumark, David, and Emma Wohl, 2024, "Flying Blind on Job Creation Policies? A Case Study of California," Economic Development Quarterly, pp. 141-163.

Neumark, David, 2024, "The Effects of Minimum Wages on (Almost) Everything? A Review of Recent Evidence on Health and Related Behaviors," LABOUR, pp. 1-65.

Burn, Ian, Daniel Firoozi, Daniel Ladd, and David Neumark, 2023, "Stereotypes of Older Workers and Perceived Ageism in Job Ads: Evidence from an Experiment," Journal of Pension Economics and Finance, pp. 463-89.

**David Neumark**

Freedman, Matthew, Shantanu Khanna, and David Neumark, 2023, "Combining Rules and Discretion in Economic Development Policy: Evidence on the Impacts of the California Competes Tax Credit," Journal of Public Economics, 104777.

Ladd, Daniel, and David Neumark, 2023, "Workplace Injuries and Receipt of Benefits from Workers' Compensation and SSDI," Journal of Occupational and Environmental Medicine, pp. 261-70.

He, Haoran, David Neumark, and Qian Weng, 2023, "'I Still Haven't Found What I'm Looking For": Evidence of Directed Search from a Field Experiment," Economic Journal, 258-80.

Neumark, David, and Bogdan Savych, 2023, "Effects of Opioid-Related Policies on Opioid Utilization, Nature of Medical Care, and Duration of Disability," American Journal of Health Economics, pp. 331-73.

Neumark, David, and Maysen Yen, 2023, "The Employment and Redistributive Effects of Reducing or Eliminating Minimum Wage Tip Credits," Journal of Policy Analysis and Management, pp. 1092-1116.

Neumark, David, and Peter Shirley, 2022, "Myth of Measurement: What Does the New Minimum Wage Research Say about Minimum Wages and Job Loss in the United States?," Industrial Relations, pp. 384-417.

Neumark, David, and Giannina Vaccaro, 2023, "The Career Evolution of the Sex Gap in Wages: Discrimination vs. Human Capital Investment," Research in Labor Economics, pp. 117-50.

Neumark, David, and Maysen Yen, 2022, "Effects of Recent Minimum Wage Policies in California and Nationwide: Results from a Pre-specific Analysis Plan," Industrial Relations, pp. 228-55.

Freedman, Matthew, Shantanu Khanna, and David Neumark, 2023, "The Impacts of Opportunity Zones on Zone Residents," Journal of Urban Economics: Insights, 103407.

Neumark, David, 2024, "Age Discrimination in Hiring: Evidence from Age-Blind vs. Non-Age-Blind Hiring Procedures," Journal of Human Resources, pp. 1-34.

Burn, Ian, Patrick Button, David Neumark, and Luis Felipe Munguia Corella, 2022, "Does Ageist Language in Job Ads Predict Age Discrimination in Hiring?" Journal of Labor Economics, pp. 613-667.

Neumark, David, 2022, "Strengthen Age Discrimination Protections to Help Confront the Challenge of Population Aging," Journal of Aging & Social Policy, pp. 455-470.

Drucker, Lev, Katya Mazirov, and David Neumark, 2021, "Who Pays for and Who Benefits from Minimum Wage Increases? Evidence from Israeli Tax Data on Business Owners and Workers," Journal of Public Economics, 104423.

He, Haoran, David Neumark, and Qian Weng, 2021, "Do Workers Value Flexible Jobs: A Field Experiment," Journal of Labor Economics, pp. 709-38.

Neumark, David, and Timothy Young, 2021, "Heterogeneous Effects of State Enterprise Zone Programs in the Shorter Run and Longer Run," Economic Development Quarterly, pp. 91-107.

Neumark, David, and Luis Felipe Munguia Corella, 2021, "Do Minimum Wages Reduce Employment in

**David Neumark**

Developing Countries? A Survey and Exploration of Conflicting Evidence," World Development, 105165.

Asquith, Brian, Judith K. Hellerstein, Mark J. Kutzbach, and David Neumark, 2021, "Social Capital and Labor Market Networks," Journal of Regional Science, pp. 212-60.

Neumark, David, 2020, "Point/Counterpoint: Can We Do Better than Enterprise Zones?" Journal of Policy Analysis and Management, pp. 836-44, 851-54.

Neumark, David, and Katherine Williams, 2020, "Do State Earned Income Tax Credits Increase Program Participation at the Federal Level?" Public Finance Review, pp. 579-626.

Neumark, David, and Peter Shirley, 2020, "The Long-Run Effects of the Earned Income Tax Credit on Women's Earnings," Labour Economics, Vol. 66.

Hellerstein, Judith K., and David Neumark, 2020, "Social Capital, Networks, and Economic Wellbeing," Future of Children, pp. 127-152.

Neumark, David, Brian Asquith, and Brittany Bass, 2020, "Longer-Run Effects of Anti-Poverty Policies on Disadvantaged Neighborhoods," Contemporary Economic Policy, pp. 409-434.

Hellerstein, Judith K., Mark Kutzbach, and David Neumark, 2019, "Labor Market Networks and Recovery from Mass Layoffs: Evidence from the Great Recession Period," Journal of Urban Economics, Vol. 113.

Neumark, David, and Timothy Young, 2019, "Enterprise Zones and Poverty: Resolving Conflicting Evidence," Regional Science and Urban Economics, Vol. 78.

Neumark, David, and Maysen Yen, 2019, "Relative Sizes of Age Cohorts and Labor Force Participation of Older Workers," Demography, pp. 1-31.

Savych, Bogdan, David Neumark, and Randy Lea, 2019, "Do Opioids Help Injured Workers Recover and Get Back to Work? The Impact of Opioid Prescriptions on Duration of Temporary Disability Benefits," Industrial Relations, pp. 549-90.

Neumark, David, Ian Burn, Patrick Button, and Nanneh Chehras, 2019, "Do State Laws Protecting Older Workers from Discrimination Reduce Age Discrimination in Hiring? Evidence from a Field Experiment," Journal of Law and Economics, pp. 373-402.

Neumark, David, and Cortnie Shupe, 2019, "Declining Teen Employment: Minimum Wages, Other Explanations, and Implications for Human Capital Investment," Labour Economics, pp. 49-68.

Neumark, David, 2019, "The Econometrics and Economics of the Employment Effects of Minimum Wages: Getting from Known Unknowns to Known Knowns," German Economic Review, 293-329.

Neumark, David, Ian Burn, and Patrick Button, 2019, "Is It Harder for Older Workers to Find Jobs? New and Improved Evidence from a Field Experiment," Journal of Political Economy, 922-70.

Asquith, Brian, Sanjana Goswami, David Neumark, and Antonio Rodriquez-Lopez, 2019, "U.S. Job Flows and the 'China Shock'," Journal of International Economics, pp. 123-37.

**David Neumark**

Neumark, David, and Judith Rich, 2019, "Do Field Experiments on Labor and Housing Markets Overstate Discrimination? A Re-examination of the Evidence," Industrial and Labor Relations Review, pp. 223-52.

Neumark, David, and Bogdan Savych, 2018, "The Effects of Provider Choice Policies on Workers' Compensation Costs," Health Services Research, pp. 5057-77.

Neumark, David, 2018, "Experimental Research on Labor Market Discrimination," Journal of Economic Literature, pp. 799-866.

Bradley, Cathy, David Neumark, and Lauryn Saxe Walker, 2018, "The Effect of Primary Care Visits on Other Health Care Utilization: A Randomized Controlled Trial of Cash Incentives Offered to Low Income, Uninsured Adults in Virginia," Journal of Health Economics, pp. 121-33.

Lordan, Grace, and David Neumark, 2018, "People Versus Machines: The Impact of Minimum Wages on Automatable Jobs," Labour Economics, pp. 40-53.

McLaughlin, Joanne Song, and David Neumark, 2018, "Barriers to Later Retirement for Men: Physical Challenges at Work and Increases in the Full Retirement Age," Research on Aging, pp. 232-56.

Figinski, Theodore, and David Neumark, 2018, "Does Eliminating the Earnings Test Increase Old-Age Poverty of Women?" Research on Aging, pp. 27-53.

Neumark, David, and Diego Grijalva, 2017, "The Employment Effects of State Hiring Credits," ILR Review, pp. 1111-45.

Neumark, David, and William Wascher, 2017, "Reply *to Credible Research Designs for Minimum Wage Studies*," ILR Review, pp. 593-609.

Bradley, Cathy J., and David Neumark, 2017, "Small Cash Incentives Can Encourage Primary Care Visits by Low-Income People with New Health Care Coverage," Health Affairs, pp. 1376-84.

Neumark, David, Joanne Song, and Patrick Button, 2017, "Does Protecting Older Workers from Discrimination Make It Harder to Get Hired? Evidence from Disability Discrimination Laws," Research on Aging, pp. 29-63.

Neumark, David, Ian Burn, and Patrick Button, 2016, "Experimental Age Discrimination Evidence and the Heckman Critique," American Economic Review Papers and Proceedings, pp. 303-8.

Neumark, David, 2016, "Policy Levers to Increase Jobs and Increase Income from Work after the Great Recession," IZA Journal of Labor Policy, 5:6 (on-line).

Neumark, David, and Jennifer Muz, 2016, "The 'Business Climate' and Economic Inequality," Review of Income and Wealth, pp. 161-80.

Neumark, David, Cathy J. Bradley, Miguel Henry, and Bassam Dahman, 2015, "Work Continuation While Treated for Breast Cancer: The Role of Workplace Accommodations," Industrial and Labor Relations Review, pp. 915-954.

**David Neumark**

Neumark, David, and Helen Simpson, 2015, "Place-Based Policies," in Handbook of Regional and Urban Economics, Vol. 5, Gilles Duranton, Vernon Henderson, and William Strange, eds. (Amsterdam: Elsevier), pp. 1197-1287.

Neumark, David, J.M. Ian Salas, and William Wascher, 2014, "More on Recent Evidence on the Effects of Minimum Wages in the United States," IZA Journal of Labor Policy, 3:24 (on-line).

Neumark, David, and Patrick Button, 2014, "Did Age Discrimination Protections Help Older Workers Weather the Great Recession?" Journal of Policy Analysis and Management, 566-601.

Neumark, David, J.M. Ian Salas, and William Wascher, 2014, "Revisiting the Minimum Wage-Employment Debate: Throwing Out the Baby with the Bathwater?" Industrial and Labor Relations Review, 608-648.

Burnes, Daria, David Neumark, and Michelle White, 2014, "Fiscal Zoning and Sales Taxes: Do Higher Sales Taxes Lead to More Retailing and Less Manufacturing," National Tax Journal, 7-50.

Brueckner, Jan, and David Neumark, 2014, "Beaches, Sunshine, and Public-Sector Pay: Theory and Evidence on Amenities and Rent Extraction by Government Workers," American Economic Journal: Economic Policy, pp. 198-230.

Hellerstein, Judith K., Mark Kutzbach, and David Neumark, 2014, "Do Labor Market Networks Have An Important Spatial Dimension?" Journal of Urban Economics, pp. 39-58.

Neumark, David, and Joanne Song, 2013, "Do Stronger Age Discrimination Laws Make Social Security Reforms More Effective?" Journal of Public Economics, pp. 1-16.

Neumark, David, Matthew Thompson, Francesco Brindisi, Leslie Koyle, and Clayton Reck, 2013, "Simulating the Economic Impacts of Living Wage Mandates Using New Public and Administrative Data: Evidence for New York City," Economic Development Quarterly, pp. 271-83.

Neumark, David, Hans Johnson, and Marisol Cuellar Mejia, 2013, "Future Skill Shortages in the U.S. Economy?" Economics of Education Review, pp. 151-67.

Bradley, Cathy J., David Neumark, and Scott Barkowski, 2013, "Does Employer-Provided Health Insurance Constrain Labor Supply Adjustments to Health Shocks? New Evidence on Women Diagnosed with Breast Cancer," Journal of Health Economics, pp. 833-49.

Kolko, Jed, David Neumark, and Marisol Cuellar Mejia, 2013, "What Do Business Climate Indexes Teach Us About State Policy and Growth?" Journal of Regional Science, pp. 220-55.

Neumark, David, 2013, "Spurring Job Creation in Response to Severe Recessions: Reconsidering Hiring Credits," Journal of Policy Analysis and Management, pp. 142-71.

Neumark, David, Matthew Thompson, and Leslie Koyle, 2012, "The Effects of Living Wage Laws on Low-Wage Workers and Low-Income Families: What Do We Know Now?" IZA Journal of Labor Policy, 1:11 (on-line).

**David Neumark**

Neumark, David, and Kenneth Troske, 2012, “Point/Counterpoint: ‘Addressing the Employment Situation in the Aftermath of the Great Recession,’ and ‘Lessons from Other Countries, and Rethinking (Slightly) Unemployment Insurance as Social Insurance Against the Great Recession’,” Journal of Policy Analysis and Management, pp. 160-68, 188-91.

Bradley, Cathy, David Neumark, and Meryl Motika, 2012, “The Effects of Health Shocks on Employment and Health Insurance: The Role of Employer-Provided Health Insurance,” International Journal of Health Care Finance and Economics, pp. 253-67.

Bradley, Cathy, Sabina Ohri, David Neumark, Sheryl Garland, and Sheldon Retchin, 2012, “Lessons for Coverage Expansion: A Virginia Primary Care Program for The Uninsured Reduced Utilization And Cut Costs,” Health Affairs, pp. 350-9.

Neumark, David, 2012, “Detecting Evidence of Discrimination in Audit and Correspondence Studies,” Journal of Human Resources, pp. 1128-57.

Mazzolari, Francesca, and David Neumark, 2012, “Immigration and Product Diversity,” Journal of Population Economics, pp. 1107-37.

Hellerstein, Judith, Melissa McInerney, and David Neumark, 2011, “Neighbors and Co-Workers: The Importance of Residential Labor Market Networks,” Journal of Labor Economics, pp. 659-95.

Neumark, David, Brandon Wall, and Junfu Zhang, 2011, “Do Small Businesses Create More Jobs? New Evidence from the National Establishment Time Series,” Review of Economics and Statistics, pp. 16-29.

Neumark, David, and William Wascher, 2011,“Does a Higher Minimum Wage Enhance the Effectiveness of the Earned Income Tax Credit?” Industrial and Labor Relations Review, pp. 712-46.

Hellerstein, Judith K., Melissa McInerney, and David Neumark, 2010, “Spatial Mismatch, Immigrant Networks, and Hispanic Employment in the United States, Annales d’Economie et de Statistique, pp. 141-67.

Kolko, Jed, and David Neumark, 2010, “Do *Some* Enterprise Zones Create Jobs?” Journal of Policy Analysis and Management, pp. 5-38.

Neumark, David, and Jed Kolko, 2010, “Do Enterprise Zones Create Jobs? Evidence from California’s Enterprise Zone Program,” Journal of Urban Economics, pp. 1-19.

Kolko, Jed, and David Neumark, 2010, “Does Local Business Ownership Insulate Cities from Economic Shocks?” Journal of Urban Economics, pp. 103-15.

Finlay, Keith, and David Neumark, 2010, “Is Marriage Always Good for Children? Evidence from Families Affected by Incarceration,” Journal of Human Resources, pp. 1046-88.

Kolko, Jed, and David Neumark, 2008, Changes in the Location of Employment and Ownership: Evidence from California,” Journal of Regional Science, pp. 717-44.

Bradley, Cathy, David Neumark, Lisa Shickle, and Nicholas Farrell, 2008, “Differences in Breast Cancer Diagnosis and Treatment: Experiences of Insured and Uninsured Patients in a Safety Net Setting,” Inquiry, pp. 323-39.

**David Neumark**

Neumark, David, and William Wascher, 2008, "Minimum Wages and Low-Wage Workers: How Well Does Reality Match the Rhetoric?" Minnesota Law Review, pp. 1296-316.

Hellerstein, Judith, David Neumark, and Melissa McInerney, 2008, "Spatial Mismatch or Racial Mismatch?" Journal of Urban Economics, pp. 464-79.

Neumark, David, 2008, "The Age Discrimination in Employment Act and the Challenge of Population Aging," Research on Aging, pp. 41-68.

Hellerstein, Judith, and David Neumark, 2008, "Workplace Segregation in the United States: Race, Ethnicity, and Skill," Review of Economics and Statistics, pp. 459-77.

Neumark, David, Junfu Zhang, and Steven Ciccarella, 2008, "The Effects of Wal-Mart Openings on Local Labor Markets," Journal of Urban Economics, pp. 405-30.

Neumark, David, and William Wascher, 2007, "Minimum Wages and Employment," Foundations and Trends in Microeconomics, pp. 1-182.

Furstenberg, Frank, and David Neumark, 2007, "Encouraging Education in an Urban School District: Evidence from the Philadelphia Educational Longitudinal Study," Education Economics, pp. 135-57.

Neumark, David, and Olena Nizalova, 2007, "Minimum Wage Effects in the Longer Run," Journal of Human Resources, pp. 435-52.

Neumark, David, Junfu Zhang, and Brandon Wall, 2007, "Employment Dynamics and Business Relocation: New Evidence from the National Establishment Time Series," Research in Labor Economics, pp. 39-83.

Bradley, Cathy J., David Neumark, Zhehui Luo, and Maryjean Schenk, 2007, "Employment and Cancer: Findings from a Longitudinal Study of Breast and Prostate Cancer Survivors," Cancer Investigation, pp. 47-54.

Bradley, Cathy J., David Neumark, Heather L. Bednarek, and Zhehui Luo, 2007, "Employment-Contingent Health Insurance, Illness, and Labor Supply of Women: Evidence from Married Women with Breast Cancer," Health Economics, pp. 719-37.

Neumark, David, Peter Barth, and Richard Victor, 2007, "The Impact of Provider Choice on Workers' Compensation Costs and Outcomes," Industrial and Labor Relations Review, pp. 121-42.

Neumark, David, 2006, "School-to-Work and Educational Reform Symposium: Introduction," Economics of Education Review, pp. 347-50.

Holzer, Harry, and David Neumark, 2006, "Affirmative Action: What Do We Know?" Journal of Policy Analysis and Management, pp. 463-90.

Neumark, David, and Donna Rothstein, 2006, "School-to-Career Programs and Transitions to Employment and Higher Education," Economics of Education Review, pp. 374-93.

Neumark, David, and Wendy Stock, 2006, "The Labor Market Effects of Race and Sex Discrimination Laws," Economic Inquiry, pp. 385-419.

**David Neumark**

Neumark, David, and Elizabeth Powers, 2006, "Supplemental Security Income, Labor Supply, and Migration," Journal of Population Economics, pp. 447-79.

Neumark, David, Wendy Cunningham, and Lucas Siga, 2006, "The Effects of the Minimum Wage in Brazil on the Distribution of Family Incomes: 1996-2001," Journal of Development Economics, pp. 136-59.

Neumark, David, 2006, "Evaluating Program Effectiveness: A Case Study of the School-to-Work Opportunities Act in California," Economics of Education Review, pp. 315-26.

Neumark, David, Junfu Zhang, and Brandon Wall, 2006, "Where the Jobs Are: Business Dynamics and Employment Growth," Academy of Management Perspectives, pp. 79-94.

Neumark, David, Mark Schweitzer, and William Wascher, 2005, "The Effects of Minimum Wages on the Distribution of Family Incomes: A Non-Parametric Analysis," Journal of Human Resources, pp. 867-94.

Adams, Scott, and David Neumark, 2005, "The Effects of Living Wage Laws: Evidence from Failed and Derailed Living Wage Campaigns," Journal of Urban Economics, pp. 177-202.

Bradley, Cathy, David Neumark, Kathleen Oberst, Zhehui Luo, Simone Brennan, and Maryjean Schenk, 2005, "Combining Registry, Primary, and Secondary Data Sources to Identify the Impact of Cancer on Labor Market Outcomes," Medical Decision Making, pp. 534-47.

Bradley, Cathy, David Neumark, Zhehui Luo, Heather Bednarek, and Maryjean Schenk, 2005, "Employment Outcomes of Men Treated for Prostate Cancer," Journal of the National Cancer Institute, pp. 958-65.

Powers, Elizabeth, and David Neumark, 2005, "The Supplemental Security Income Program and Incentives to Take Up Social Security Early Retirement: Empirical Evidence from the SIPP and Social Security Administrative Data," National Tax Journal, pp. 5-26.

Adams, Scott, and David Neumark, 2005, "When Do Living Wages Bite?" Industrial Relations, pp. 164-192.

Adams, Scott, and David Neumark, 2005, "Living Wage Effects: New and Improved Evidence," Economic Development Quarterly, pp. 80-102.

Bradley, Cathy, David Neumark, and Heather Bednarek, 2005, "Short-term Effects of Breast Cancer on Labor Market Attachment: Results from a Longitudinal Study," Journal of Health Economics, pp. 137-60.

Neumark, David, and Elizabeth T. Powers, 2005, "The Effects of Changes in State SSI Supplements on Pre-Retirement Labor Supply," Public Finance Review, pp. 3-35.

Neumark, David, and Daiji Kawaguchi, 2004, "Attrition Bias in Economic Relationships Estimated with Matched CPS Panels," Journal of Economic and Social Measurement, pp. 445-72.

Neumark, David, and Elizabeth Powers, 2004, "SSI and Labor Supply: Improved Evidence from Social Security Administrative Files," Social Security Bulletin, p. 45-60.

Adams, Scott, and David Neumark, 2004, "The Economic Effects of Living Wages: A Provisional Review," Urban Affairs Review, pp. 210-45.

**David Neumark**

Neumark, David, 2004, "Living Wages: Protection For or Protection From Low-Wage Workers?" Industrial and Labor Relations Review, pp. 27-51.

Hellerstein, Judith, and David Neumark, 2004, "Ethnicity, Language, and Workplace Segregation: Evidence from a New Matched Employer-Employee Data Set," Annales d'Economie et de Statistique, pp. 19-78.

Neumark, David, and William Wascher, 2004, "The Influence of Labour Market Institutions on the Disemployment Effects of the Minimum Wage," CESifo DICE Report (Database for Institutional Comparisons in Europe), pp. 40-47.

Neumark, David, Mark Schweitzer, and William Wascher, 2004, "Minimum Wage Effects Throughout the Wage Distribution," Journal of Human Resources, pp. 425-450.

Neumark, David, and Debbie Reed, 2004, "Employment Relationships in the New Economy," Labour Economics, pp. 1-31.

Neumark, David, and William Wascher, 2004, "Minimum Wages, Labor Market Institutions, and Youth Employment: A Cross-National Analysis," Industrial and Labor Relations Review, pp. 223-48.

Neumark, David, and Peter Cappelli, 2004, "External Job Churning and Internal Job Flexibility," Industrial Relations, pp. 148-82.

Bayard, Kimberly, Judith Hellerstein, David Neumark, and Kenneth Troske, 2003, "New Evidence on Sex Segregation and Sex Differences in Wages from Matched Employer-Employee Data," Journal of Labor Economics, pp. 887-922.

Neumark, David, and Scott Adams, 2003, "Detecting Effects of Living Wages," Industrial Relations, pp. 531-564.

Neumark, David, and Scott Adams, 2003, "Do Living Wage Ordinances Help Reduce Urban Poverty?" Journal of Human Resources, pp. 490-521.

Neumark, David, and Ann Allen, 2003, "What Do We Know About the Effects of School-to-Work? A Case Study of Michigan," Journal of Vocational Education Research, pp. 59-84.

Powers, Elizabeth T., and David Neumark, 2003, "The Interaction of Public Retirement Income Programs in the U.S.," American Economic Review Papers and Proceedings, pp. 261-265.

Neumark, David, 2003, "Age Discrimination Legislation in the United States," Contemporary Economic Policy, pp. 297-317.

Neumark, David, and William Wascher, 2003, "Minimum Wages and Skill Acquisition: Another Look at Schooling Effects," Economics of Education Review, pp. 1-10.

Bednarek, Heather, Cathy Bradley, and David Neumark, 2002, "Breast Cancer and Women's Labor Supply," Health Services Research, pp. 1309-1328.

Bradley, Cathy, Heather Bednarek, and David Neumark, 2002, "Breast Cancer Survival, Work, and Earnings," Journal of Health Economics, pp. 757-779.

**David Neumark**

Neumark, David, 2002, "Youth Labor Markets in the U.S.: Shopping Around vs. Staying Put," Review of Economics and Statistics, pp. 462-482.

Neumark, David, and William Wascher, 2002, "Do Minimum Wages Fight Poverty?" Economic Inquiry, pp. 315-333.

Hellerstein, Judith K., David Neumark, and Kenneth Troske, 2002, "Market Forces and Sex Discrimination," Journal of Human Resources, pp. 353-380.

Neumark, David and William Wascher, 2002, "State-Level Estimates of Minimum Wage Effects: New Evidence and Interpretations from Disequilibrium Models," Journal of Human Resources, pp. 35-62.

Cappelli, Peter, and David Neumark, 2001, "Do 'High-Performance' Work Practices Improve Establishment-Level Outcomes?" Industrial and Labor Relations Review, pp. 737-75.

Neumark, David, and William Wascher, 2001, "Minimum Wages and Training Revisited," Journal of Labor Economics, pp. 563-95. Reprinted in Recent Developments in the Economics of Training, Vol. 1, Francis Green, Editor, Edward Elgar Publishing (2007).

Neumark, David, and Mary Joyce, 2001, "Evaluating School-to-Work Programs Using the New NLSY," Journal of Human Resources, pp. 666-702.

Joyce, Mary, and David Neumark, 2001, "School-to-Work Programs: Information from Two Surveys," Monthly Labor Review, pp. 38-50.

Neumark, David, and William Wascher, 2001, "Using the EITC to Increase Family Earnings: New Evidence and a Comparison with the Minimum Wage," National Tax Journal, pp. 281-317.

Neumark, David, 2001, "Evidence on Employment Effects of Recent Minimum Wage Increases from a Pre-specified Research Design," Industrial Relations, pp. 121-44.

Neumark, David, and William Wascher, 2000, "Minimum Wages and Employment: A Case Study of the Fast-Food Industry in New Jersey and Pennsylvania: Comment," American Economic Review, pp. 1362-96. Reprinted in Economics of Labor and Employment Law, Vol. 2, John Donohue, Editor, Edward Elgar Publishing (2007).

Holzer, Harry, and David Neumark, 2000, "Assessing Affirmative Action," Journal of Economic Literature, pp. 483-568.

Neumark, David, and Elizabeth Powers, 2000, "Welfare for the Elderly: The Effects of SSI on Pre-Retirement Labor Supply," Journal of Public Economics, pp. 51-80.

Holzer, Harry, and David Neumark, 2000, "What Does Affirmative Action Do?" Industrial and Labor Relations Review, pp. 240-71.

Neumark, David, Daniel Polsky, and Daniel Hansen, 1999, "Has Job Stability Declined Yet? New Evidence for the 1990's," Journal of Labor Economics, pp. S29-64. Reprinted in David Neumark, Ed., 2000, On the Job: Is Long-Term Employment a Thing of the Past? (New York: Russell Sage Foundation), pp. 70-110.

**David Neumark**

Neumark, David, and Wendy Stock, 1999, "Age Discrimination Laws and Labor Market Efficiency," Journal of Political Economy, pp. 1081-125.

Neumark, David, 1999, "Labor Market Information and Wage Differentials by Race and Sex," Industrial Relations, pp. 414-45.

Hellerstein, Judith K., David Neumark, and Kenneth Troske, 1999, "Wages, Productivity, and Worker Characteristics: Evidence from Plant-Level Production Functions and Wage Equations," Journal of Labor Economics, pp. 409-446.

Holzer, Harry, and David Neumark, 1999, "Are Affirmative Action Hires Less Qualified? Evidence From Employer-Employee Data on New Hires," Journal of Labor Economics, pp. 534-69.

Hellerstein, Judith K. and David Neumark, 1999, "Sex, Wages, and Productivity: An Empirical Analysis of Israeli Firm-Level Data," International Economic Review, pp. 95-123.

Neumark, David, 1999, "Biases in Twin Estimates of the Return to Schooling," Economics of Education Review, pp. 143-8.

Neumark, David and Andrew Postlewaite, 1998, "Relative Income Concerns and the Rise in Married Women's Employment," Journal of Public Economics, pp. 157-83.

Neumark, David, and William Wascher, 1998, "Is the Time-Series Evidence on Minimum Wage Effects Contaminated by Publication Bias?" Economic Inquiry, pp. 458-70.

Neumark, David, and Elizabeth Powers, 1998, "The Effect of Means-Tested Income Support for the Elderly on Pre-Retirement Saving: Evidence from the SSI Program in the U.S.," Journal of Public Economics, pp. 181-206.

Hellerstein, Judith K., and David Neumark, 1998, "Sex Differences in Wages and Productivity Within Firms: Evidence from Israeli Panel Data," Industrial Relations, pp. 232-60.

Neumark, David, and Rosella Gardecki, 1998, "Women Helping Women? Role-Model and Mentoring Effects on Female Ph.D. Students in Economics," Journal of Human Resources, pp. 220-46.

Gardecki, Rosella, and David Neumark, 1998, "Order from Chaos? The Effects of Youth Labor Market Experiences on Adult Labor Market Outcomes," Industrial and Labor Relations Review, pp. 299-322.

Johnson, Richard, and David Neumark, 1997, "Age Discrimination, Job Separations, and Employment Status of Older Workers: Evidence from Self-Reports," Journal of Human Resources, pp. 779-811.

Diebold, Francis X., David Neumark, and Daniel Polsky, 1997, "Job Stability in the United States," Journal of Labor Economics, pp. 206-33.

Neumark, David and William Wascher, 1996, "The Effects of Minimum Wages on Teenage Employment and Enrollment: Estimates from Matched CPS Data," Research in Labor Economics, pp. 25-64.

Johnson, Richard and David Neumark, 1996, "Wage Declines Among Older Men," Review of Economics and Statistics, pp. 740-48.

**David Neumark**

Constantine, Jill, and David Neumark, 1996, "Training and the Growth of Wage Inequality," Industrial Relations, pp. 491-510.

Neumark, David, 1996, "Sex Discrimination in Hiring in the Restaurant Industry: An Audit Study," Quarterly Journal of Economics, pp. 915-42.

Diebold, Francis X., David Neumark, and Daniel Polsky, 1996, "Comment on Kenneth A. Swinnerton and Howard Wial, 'Is Job Stability Declining in the U.S. Economy?'" Industrial and Labor Relations Review, pp. 348-51.

Neumark, David and Steven Sharpe, 1996, "Rents and Quasi-Rents in the Wage Structure: Evidence from Hostile Takeovers," Industrial Relations, pp. 145-79.

Neumark, David and Michael Wachter, 1995, "Union Threat Effects and Nonunion Wage Differentials," Industrial and Labor Relations Review, pp. 20-38.

Neumark, David and Michele McLennan, 1995, "Sex Discrimination and Women's Labor Market Outcomes," Journal of Human Resources, pp. 713-40.

Gokhale, Jagadeesh, Erica L. Groshen and David Neumark, 1995, "Do Hostile Takeovers Reduce Extramarginal Wages? An Establishment-Level Analysis," Review of Economics and Statistics, pp. 470-485.

Neumark, David and Paul Taubman, 1995, "Why Do Wage Profiles Slope Upwards? Tests of the General Human Capital Model," Journal of Labor Economics, pp. 736-61. Reprinted in Recent Developments in Labor Economics, Vol. 2, John Addison, Editor, Edward Elgar Publishing (2007).

Neumark, David, and William Wascher, 1995, "Minimum Wage Effects on School and Work Transitions of Teenagers," American Economic Review Papers and Proceedings, pp. 244-49.

Blackburn, McKinley and David Neumark, 1995, "Is the OLS Estimate of the Return to Schooling Biased Downward? Another Look," Review of Economics and Statistics, pp. 217-30. Reprinted in Recent Developments in Labor Economics, Vol. 1, John Addison, Editor, Edward Elgar Publishing (2007).

Neumark, David and William Wascher, 1995, "Minimum Wage Effects On Employment and School Enrollment," Journal of Business and Economic Statistics, pp. 199-206.

Neumark, David, 1995, "Are Rising Wage Profiles a Forced-Savings Mechanism?" Economic Journal, pp. 95-106.

Hellerstein, Judith K. and David Neumark, 1995, "Are Age-Earnings Profiles Steeper Than Productivity Profiles? Evidence from Israeli Firm-Level Data," Journal of Human Resources, pp. 89-112.

Bresnitz, Eddy A., Howard Franklin, Lawrence Goldstein, David Neumark, Michael Hodgson, and Carolyn Needleman, 1994, "Occupational Impairment and Disability Among Applicants for Social Security Disability Benefits in Pennsylvania," American Journal of Public Health, pp. 1786-90.

Neumark, David, and William Wascher, 1994, "Employment Effects of Minimum and Subminimum Wages: Reply to Card, Katz and Krueger," Industrial and Labor Relations Review, pp. 497-512.

**David Neumark**

Neumark, David and Sanders D. Korenman, 1994, "Sources of Bias in Women's Wage Equations: Results from Sibling Data," Journal of Human Resources, pp. 379-405.

Neumark, David and Jonathan S. Leonard, 1993, "Inflation Expectations and the Structural Shift in Aggregate Labor-Cost Determination in the 1980s," The Journal of Money, Credit, and Banking, pp. 786-800.

Blackburn, McKinley and David Neumark, 1993, "Omitted-Ability Bias and the Increase in the Return to Schooling," Journal of Labor Economics, pp. 521-44.

Bell, Linda and David Neumark, 1993, "Lump Sums, Profit Sharing, and Labor Costs in the Union Sector," The Economic Journal, pp. 602-19.

Neumark, David, 1993, "Declining Union Strength and Labor-Cost Inflation in the 1980s," Industrial Relations, pp. 204-22.

Blackburn, McKinley, David E. Bloom and David Neumark, 1993, "Fertility Timing, Wages, and Human Capital," Journal of Population Economics, pp. 1-30.

Blackburn, McKinley and David Neumark, 1992, "Unobserved Ability, Efficiency Wages, and Interindustry Wage Differentials," Quarterly Journal of Economics, pp. 1421-36.

Neumark, David and William Wascher, 1992, "Evidence on Employment Effects of Minimum and Subminimum Wage: Panel Data on State Minimum Laws," Industrial and Labor Relations Review, pp. 55-81.

Neumark, David and Steven Sharpe, 1992, "Market Structure and the Nature of Price Rigidities: Evidence from the Market for Consumer Deposits," Quarterly Journal of Economics, pp. 657-680.

Korenman, Sanders D. and David Neumark, 1992, "Marriage, Motherhood, and Wages," Journal of Human Resources, pp. 233-255. Reprinted in Women in the Labor Market, The International Library of Critical Writings in Economics 90, Marianne A. Ferber, Editor, Edward Elgar Publishing (1998).

Neumark, David, 1992, "Interpreting Demographic Effects in Duration Analyses of First Birth Intervals," Journal of Population Economics, pp. 17-37.

Neumark, David, Richard Johnson, et al., 1991, "Costs of Occupational Illness and Injury in Pennsylvania," Journal of Occupational Medicine, pp. 971-76.

Neumark, David and William Wascher, 1991, "Can We Improve Upon Preliminary Estimates of Payroll Employment Growth?" Journal of Business and Economic Statistics, pp. 197-205.

Korenman, Sanders D. and David Neumark, 1991, "Does Marriage Really Make Men More Productive?" Journal of Human Resources, pp. 282-307.

Neumark, David, P.A. Tinsley and Susanne Tosini, 1991, "After-Hours Stock Prices and Post-Crash Hangovers," Journal of Finance, pp. 159-178.

Neumark, David, 1988, "Employers' Discriminatory Behavior and the Estimation of Wage Discrimination," Journal of Human Resources, pp. 279-295.

**David Neumark**

**CONFERENCE PROCEEDINGS:**

Bayard, Kimberly, Judith Hellerstein, David Neumark, and Kenneth Troske, 2000, "The New Worker-Employer Characteristics Database," in Proceedings of the Second International Conference on Establishment Surveys (Canada: American Statistical Association), pp. 981-990.

Neumark, David, and Daniel Polsky, 1998, "Changes in Job Stability and Job Security: Evidence and Anecdotes," Proceedings of the 50th Annual Meeting of the Industrial Relations Research Association, Vol. 1, pp. 78-87.

Neumark, David and Michael Wachter, 1993, "Efficiency Wage/Union Effects on the Nonunion Industry Wage Structure," Proceedings of the 45th Annual Meeting of the Industrial Relations Research Association, pp. 151-61.

**David Neumark**

**WORK IN PROGRESS:**

Freedman, Matthew, Noah Arman Kouchekinia, and David Neumark, "Understanding the Employment Effects of Opportunity Zones." NBER Working Paper No. 34589.

Neumark, David, and Jyotsana Kala, "Do Minimum Wages Reduce Job Opportunities for Blacks?," NBER Working Paper No. 33167.

Maloney, Molly, and David Neumark, "Does the Gender Wage Gap Actually Reflect Taste Discrimination Against Women?" NBER Working Paper No. 33405.

**BOOKS:**

Gaubert, Cecile, Gordon H. Hanson, and David Neumark. Forthcoming. The Economics of Place-Based Policies (Chicago: University of Chicago Press).

Fiske, Susan, Tara Becker, and the Committee on Understanding the Aging Workforce and Employment at Older Ages. 2022. Understanding the Aging Workforce: Defining a Research Agenda (Washington, DC: National Academies of Sciences, Engineering, and Medicine).

Neumark, David, Yong-seong Kim, and Sang-Hyop Lee, eds., 2021, Human Capital Policy: Reducing Inequality, Boosting Mobility and Productivity (Cheltenham, UK: Edward Elgar Publishing Limited).

Neumark, David, and William Wascher, 2008, Minimum Wages (Cambridge: MIT Press).

Neumark, David, Ed., 2007, Improving School-to-Work Transitions (New York: Russell Sage Foundation).

Holzer, Harry J., and David Neumark, Eds., 2004, The Economics of Affirmative Action, The International Library of Critical Writings in Economics (U.K.: Edward Elgar Publishing Limited).

Neumark, David, 2004, Sex Differences in Labor Markets (U.K.: Routledge).

Neumark, David, Ed., 2000, On the Job: Is Long-Term Employment a Thing of the Past? (New York: Russell Sage Foundation).

Committee on Techniques for the Enhancement of Human Performance (multiple co-authors), 1999, The Changing Nature of Work: Implications for Occupational Analysis (Washington, DC: National Academy Press).

**David Neumark**

**BOOK CHAPTERS:**

Freedman, Matthew, and David Neumark, "Lessons Learned and Ignored in U.S. Place-Based Policymaking," forthcoming in Gaubert, Cecile, Gordon H. Hanson, and David Neumark, eds., The Economics of Place-Based Policies (Chicago: University of Chicago Press).

Gaubert, Cecile, Gordon H. Hanson, and David Neumark, "Introduction," forthcoming in Gaubert, Cecile, Gordon H. Hanson, and David Neumark, eds., The Economics of Place-Based Policies (Chicago: University of Chicago Press).

Berry, Alexander, Elizabeth Maloney, and David Neumark, 2026, "The Missing Link? Using *LinkedIn* Data to Measure Race, Ethnic, and Gender Differences in Employment Outcomes at Individual Companies," in Randall Akee, Lawrence Katz, and Mark Loewenstein, eds., Race, Ethnicity, and Economic Statistics for the 21st Century (Chicago: University of Chicago Press), pp. 273-323.

McLaughlin, Joanne Song, and David Neumark, 2024, "Gendered Ageism and Disablism and Employment of Older Workers," in Sue Westwood and Nancy J. Knauer, eds., Research Handbook on Law, Society and Ageing (Cheltenham, UK: Edward Elgar Publishing Limited), pp. 247-64.

Neumark, David, Yong-seong Kim, and Sang-Hyop Lee, eds., 2021, "Introduction," in David Neumark, Youn-seong Kim, and Sang-Hyop Lee, eds., Human Capital Policy: Reducing Inequality, Boosting Mobility and Productivity (Cheltenham, UK: Edward Elgar Publishing Limited), pp. 1-10.

Neumark, David, 2019, "The Higher Wages Tax Credit," in Expanding Economic Opportunity for More Americans, Melissa S. Kearney and Amy Ganz, eds. (Aspen, CO: The Aspen Institute Economic Strategy Group), pp. 196-212.

Neumark, David, 2018, "Rebuilding Communities Job Subsidies," in Place-Based Policies for Shared Economic Growth, Jay Shambaugh and Ryan Nunn, eds. (Washington, DC: Brookings Institution), pp. 71-121.

Neumark, David, 2018, "The Employment Effects of Minimum Wages: Some Questions We Need to Answer," in Oxford Research Encyclopedia of Economics and Finance, Jonathan Hamilton, Avinash Dixit, Sebastian Edwards, and Kenneth Judd, eds. (Oxford, UK: Oxford University Press), http://economics.oxfordre.com/view/10.1093/acrefore/9780190625979.001.0001/acrefore-9780190625979-e-137?print=pdf.

Neumark, David, 2015, "Increasing Jobs and Income from Work: The Role and Limitations of Public Policy," in Ten-Gallon Economy: Sizing Up Economic Growth in Texas, Pia Orrenius, Jesus Canas, and Michael Weiss, eds. (New York: Palgrave), pp. 15-31.

Neumark, David, 2013, "Ethnic Hiring," In International Handbook on the Economics of Migration, Amelie F. Constant and Klaus F. Zimmerman, eds. (Cheltenham, UK: Edward Elgar), pp. 193-213.

Neumark, David, 2013, "Do Minimum Wages Help Fight Poverty?" In The Economics of Inequality, Poverty, and Discrimination in the 21st Century, Robert S. Rycroft, ed. (Santa Barbara, CA: Praeger), pp. 323-42.

Hellerstein, Judith K., and David Neumark, 2012, "Employment Problems in Black Urban Labor Markets: Problems and Solutions," in The Oxford Handbook of the Economics of Poverty, Philip N. Jefferson, Ed. (Oxford: Oxford University Press), pp. 164-202.

**David Neumark**

Neumark, David, 2009, "Alternative Labor Market Policies to Increase Economic Self-Sufficiency: Mandating Higher Wages, Subsidizing Employment, and Raising Productivity," in Making the Work-Based Safety Net Work Better, Carolyn J. Heinrich and John Karl Scholz, Eds. (New York: Russell Sage Foundation), pp. 25-78.

Hellerstein, Judith, David Neumark, and Melissa McInerney, 2008, "Changes in Workplace Segregation in the United States between 1990 and 2000: Evidence from Matched Employer-Employee Data," in The Analysis of Firms and Employees: Quantitative and Qualitative Approaches, Stefan Bender, Julia Lane, Kathryn Shaw, Fredrik Andersson, and Till von Wachter, Eds. (Chicago: University of Chicago Press), pp. 163-195.

Holzer, Harry J. and David Neumark, 2008, "Affirmative Action," in The New Palgrave Dictionary of Economics, Steven N. Durlauf and Lawrence E. Blume, Eds. (United Kingdom: Palgrave Macmillan, 2008.

Hellerstein, Judith, and David Neumark, 2007, "Production Function and Wage Equation Estimation with Heterogeneous Labor: Evidence from a New Matched Employer-Employee Data Set," in Hard-to-Measure Goods and Services: Essays in Memory of Zvi Griliches, Charles Hulten and Ernst Berndt, Eds. (Chicago: University of Chicago Press), pp. 31-71.

Neumark, David, and Donna Rothstein, 2007, "Do School-to-Work Programs Help the 'Forgotten Half'?", in Improving School-to-Work Transitions, David Neumark, Ed. (New York: Russell Sage Foundation), pp. 87-133.

Neumark, David, 2007, "Improving School-to-Work Transitions: Introduction," in Improving School-to-Work Transitions, David Neumark, Ed. (New York: Russell Sage Foundation), pp. 1-23.

Neumark, David, 2006, "Productivity, Compensation, and Retirement," in The Oxford Handbook of Pensions and Retirement Income, Gordon L. Clark, Alicia H. Munnell, and J. Michael Orszag, Eds. (Oxford: Oxford University Press), pp. 721-39.

Hellerstein, Judith, and David Neumark, 2006, "Using Matched Employer-Employee Data to Study Labor Market Discrimination," in Handbook on the Economics of Discrimination, William Rodgers, Ed. (Great Britain: Edgar Elgar Publishing), pp. 29-60.

Adams, Scott, and David Neumark, 2006, "Age Discrimination in U.S. Labor Markets: A Review of the Evidence," in Handbook on the Economics of Discrimination, William Rodgers, Ed. (Great Britain: Edgar Elgar Publishing), pp. 187-211. Reprinted in Michael Selmi, Ed., Age and Equality Law Ashgate (2013).

Holzer, Harry J., and David Neumark, 2006, "Equal Employment Opportunity and Affirmative Action," in Handbook on the Economics of Discrimination, William Rodgers, Ed. (Great Britain: Edgar Elgar Publishing), pp. 260-87.

David Neumark, 2005, "California's Economic Future and Infrastructure Challenges," in California 2025: Taking on the Future, Ellen Hanak and Mark Baldassare, Eds. (San Francisco, CA: Public Policy Institute of California), pp. 51-82.

Neumark, David, 2004, "Minimum Wages and Living Wages: Raising Incomes by Mandating Wage Floors," in Living Wage Movements: Global Perspectives, Deborah M. Figart, Ed. (U.K.: Routledge), pp. 171-87.

**David Neumark**

Holzer, Harry J., and David Neumark, 2004, "Introduction," The Economics of Affirmative Action, The International Library of Critical Writings in Economics, Harry J. Holzer and David Neumark, Eds., (U.K.: Edward Elgar Publishing Limited), pp. xiii-xxxii.

Neumark, David, 2001, "Age Discrimination in the U.S.: Assessment of the Evidence," in Hornstein, Ed., Outlawing Age Discrimination (Bristol, UK: Joseph Rowntree Foundation), pp. 43-62.

Neumark, David, 2000, "Changes in Job Stability and Job Security: A Collective Effort to Untangle, Reconcile, and Interpret the Evidence," in David Neumark, Ed., On the Job: Is Long-Term Employment a Thing of the Past? (New York: Russell Sage Foundation), pp. 70-110.

Korenman, Sanders, and David Neumark, 2000, "Cohort Crowding and Youth Labor Markets: A Cross-National Analysis," in Blanchflower and Freeman, Eds., Youth Employment and Unemployment in Advanced Countries (Chicago: University of Chicago Press), pp. 57-105.

Bayard, Kimberly, Judith Hellerstein, David Neumark, and Kenneth Troske, 1999, "Why Are Racial and Ethnic Wage Gaps Larger for Men than for Women? Exploring the Role of Segregation Using the New Worker-Establishment Characteristics Database," in Haltiwanger, Lane, Spletzer, Theeuwes, and Troske, Eds., The Creation and Analysis of Employer-Employee Matched Data (Amsterdam: Elsevier Science B.V.), pp. 175-203.

Neumark, David, and Elizabeth Powers, 1999, "Means Testing Social Security," in Mitchell, Myers, and Young, Eds., Prospects for Social Security Reform (Philadelphia: University of Pennsylvania Press), pp. 243-67.

Neumark, David, and William Wascher, 1996, "Reconciling the Evidence on Employment Effects of Minimum Wages: A Review of Our Research Findings," in Marvin Kosters, ed., The Effects of the Minimum Wage on Employment (Washington, D.C.: American Enterprise Institute), pp. 55-86.

Bell, Linda and David Neumark, 1991, "Lump-Sum Payments and Wage Moderation in the Union Sector," in Eberts and Groshen, Eds., Structural Change in U.S. Labor Markets: Causes and Consequences (New York: M.E. Sharpe), pp. 45-62.

Neumark, David, 1988, "Gender Differences in Family Effects on Human Capital and Earnings: An Empirical Study of Siblings," in Maital, Ed., Applied Behavioral Economics (London: Wheatsheaf Books), pp. 228-251.

**SPECIAL ISSUES AND REPORTS:**

Neumark, David, Sarah Bohn, and Emma Wohl, 2025, "Business Regulation and Business Starts in California," San Francisco, CA: Public Policy Institute of California, https://www.ppic.org/publication/business-regulation-and-business-starts-in-california/.

Bohn, Sarah, David Neumark, and Zeyu Li, 2025, "Are Company Headquarters Leaving California?" (and Technical Appendix), San Franisco, CA: Public Policy Institute of California, https://www.ppic.org/publication/are-company-headquarters-leaving-california/.

Savych, Bogdan, and David Neumark, 2024, "Unresolved Conflict in Workers' Compensation: The Impact of Legal Representation on Workers' Compensation Benefits," Waltham, MA: Workers Compensation Research Institute.

**David Neumark**

Boustan, Leah, David Neumark, and Nathaniel Baum-Snow, co-editors, 2024, Race, Social Justice, & Cities, Journal of Urban Economics Special Issue, https://www.sciencedirect.com/journal/journal-of-urban-economics/vol/141/suppl/C.

Neumark, David, and Emma Wohl, 2023, "Policies for Creating and Keeping Jobs in California," Public Policy Institute of California Report, December 2023, https://www.ppic.org/publication/policies-for-creating-and-keeping-jobs-in-california/?utm_source=ppic&utm_medium=email&utm_campaign=epub.

Neumark, David, Matthew Freedman, Benjamin Hyman, and Shantanu Khanna, 2023, "A Hiring Incentive that Works: The California Competes Tax Credit," Public Policy Institute of California Report, December 2023, https://www.ppic.org/publication/a-hiring-incentive-that-works-the-california-competes-tax-credit/?utm_source=ppic&utm_medium=email&utm_campaign=epub.

Neumark, David, and Bogdan Savych, 2021, "Effects of Opioid-Related Policies on Opioid Utilization, Nature of Medical Care, and Duration of Disability." *Workers Compensation Research Institute*, https://www.wcrinet.org/reports/effects-of-opioid-related-policies-on-opioid-utilization-nature-of-medical-care-and-duration-of-disability.

Neumark, David, 2020, "Strengthen Age Discrimination Protections to Help Confront the Challenge of Population Aging," *Economic Studies at Brookings*, https://www.brookings.edu/research/strengthen-age-discrimination-protections-to-help-confront-the-challenge-of-population-aging/.

Neumark, David, 2019, "Age Discrimination in the U.S. Labor Market," *Generations: Journal of the American Society on Aging*, pp. 51-58.

Neumark, David, Bodgan Savych, and Randall Lea, 2018, "The Impact of Opioid Prescriptions on Duration of Temporary Disability," *Workers Compensation Research Institute*, https://www.wcrinet.org/reports/the-impact-of-opioid-prescriptions-on-duration-of-temporary-disability.

Neumark, David, 2018, "Minimum Wage Effects on Jobs and Poverty: Evidence and Policy Debate in the USA," *Policy in Focus*, pp. 26-31. (Journal of the International Policy Centre for Inclusive Growth, a partnership between the United Nations and the Government of Brazil.)

Neumark, David, 2018, "Employment Effects of Minimum Wages." IZA World of Labor, (Bonn, Germany: IZA), https://wol.iza.org/articles/employment-effects-of-minimum-wages. (Revised version of 2014 report.)

Neumark, David, and Bogdan Savych, 2017, "The Effects of Provider Choice Policies on Workers' Compensation Costs." Workers Compensation Research Institute, Cambridge, MA, https://www.wcrinet.org/images/uploads/files/wcri846.pdf.

Neumark, David, 2014, "Employment Effects of Minimum Wages." IZA World of Labor, (Bonn, Germany: IZA), http://wol.iza.org/articles/employment-effects-of-minimum-wages-1.pdf.

Neumark, David, David Lamoreaux, and Abby Turner, 2013, "The Economic Impacts on the District of Columbia of Various Legislative Proposals to Change the Minimum Wage." (Charles River Associates).

**David Neumark**

Neumark, David, and Jennifer Muz, 2013, "How Does California's Economic Performance Compare to Other States?" (San Francisco: Next 10 Foundation).

Neumark, David, Matthew Thompson, Marsha Courchane, Timothy Riddiough, and Anthony Yezer, 2011, The Economic Impacts on New York City of the Proposed Living Wage Mandate, Charles River Associates.

Neumark, David, 2011, Will Workers Have the Education Needed for the Available Jobs? (Washington, DC: The AARP Foundation).

Neumark, David, 2011, How Can California Spur Job Creation? (San Francisco: Public Policy Institute of California).

Kolko, Jed, David Neumark, and Marisol Cuellar Mejia, 2011, Business Climate Rankings and the California Economy (San Francisco: Public Policy Institute of California).

Kolko, Jed, and David Neumark, 2009, Do California's Enterprise Zones Create Jobs? (San Francisco: Public Policy Institute of California).

Kolko, Jed, and David Neumark, 2007, Business Location Decisions and Employment Dynamics in California, (San Francisco: Public Policy Institute of California).

Neumark, David, Ed., 2006, "School-to-Work and Educational Reform Symposium," special issue of Economics of Education Review.

Neumark, David, 2006, "Review of *Fighting for a Living Wage*, by Stephanie Luce," Industrial and Labor Relations Review, pp. 322-4.

Neumark, David, 2005, "Review of *Affirmative Action in the United States and India: A Comparative Perspective*, by Thomas E. Weiskopf," Journal of Economic Literature, pp. 514-5.

Neumark, David, Junfu Zhang, and Brandon Wall, 2005, "Are Businesses Fleeing the State? Interstate Business Relocation and Employment Change in California," California Economic Policy, October.

Neumark, David, 2005, "A Decade of Living Wages: What Have We Learned?" California Economic Policy, July.

Neumark, David, 2005, "The Workers' Compensation Crisis in California: A Primer," California Economic Policy, January.

Victor, Richard A., Peter S. Barth, and David Neumark, 2005, The Impact of Provider Choice on Workers' Compensation Costs and Outcomes (San Francisco: Public Policy Institute of California).

Neumark, David, 2004, The Effects of School-to-Career Programs on Postsecondary Enrollment and Employment (San Francisco: Public Policy Institute of California).

Neumark, David, 2004, "Review of *Helping Working Families: The Earned Income Tax Credit*, by Saul D. Hoffman and Laurence S. Seidman," Journal of Policy Analysis and Management, pp. 396-7.

**David Neumark**

Neumark, David, 2003, "Review of *How New is the 'New Employment Contract'?*, by David I. Levine, Dale Belman, Gary Charness, Erica L. Groshen, and K.C. O'Shaughnessy," Industrial and Labor Relations Review, pp. 733-4.

Neumark, David, 2002, "Drawing the Lines: A Review of *Working in America: A Blueprint for the New Labor Market*," Industrial and Labor Relations Review, pp. 716-23.

Neumark, David, 2002, How Living Wage Laws Affect Low-Wage Workers and Low-Income Families (San Francisco: Public Policy Institute of California).

Neumark, David, 2001, "Review of *Generating Jobs: How to Increase Demand for Less-Skilled Workers*, by Richard B. Freeman and Peter Gottschalk," Journal of Economic Literature, pp. 156-8.

Neumark, David, Ed., 1999, "Changes in Job Stability and Job Security," special issue of Journal of Labor Economics.

Neumark, David, 1994, "Review of *On the Economics of Marriage: A Theory of Marriage, Labor, and Divorce*, by Shoshana Grossbard-Shechtman," Journal of Economic Literature, pp. 715-6.

**OTHER PUBLICATIONS:**

Kouchekinia, Noah, David Neumark, and Tim Bruckner. 2026. "Increasing Employment in Pre-Retirement Years Slows Cognitive Decline," VoxEU, June 2026, https://cepr.org/voxeu/columns/higher-minimum-wages-and-mixed-effects-health.

Neumark, David, 2026, "Higher Minimum Wages Aren't Closing Racial Gaps," Freedom Frequency, Hoover Institution, https://www.thefreedomfrequency.org/p/higher-minimum-wages-arent-closing.

Neumark, David, 2026, "The Minimum Wage is a Dead End," Freedom Frequency, Hoover Institution, https://www.thefreedomfrequency.org/p/the-minimum-wage-is-a-dead-end.

Neumark, David, and Jyotsana Kala, 2026, "Minimum Wages and Racial Disparities," Cato Institute, Research Briefs in Economic Policy No. 468.

**David Neumark**

Jha, Priyaranjan, Jyotsana Kala, David Neumark, and Antonio Rodriguez-Lopez, 2025, "Accounting for City Size, Minimum Wage Reduce Jobs Almost Everywhere," ProMarket, https://www.promarket.org/2025/09/18/accounting-for-city-size-minimum-wages-reduce-jobs-almost-everywhere/.

Neumark, David, 2025, "Raising the Minimum Wage Actually Increase Racial Disparities," *The Hill*, Op-Ed, https://thehill.com/opinion/finance/5497133-raising-the-minimum-wage-actually-increases-racial-disparities/.

Neumark, David, 2024, "Raising Tipped Minimum Wages Won't Close Minority and Gender Pay Gap. *Detroit News*, Op-Ed, https://epionline.org/oped/neumark-raising-tipped-minimum-wages-wont-close-minority-and-gender-pay-gaps/.

Neumark, David, 2024, "Blinder Misrepresents Minimum Wage Studies," Letter to the Editor, *Wall Street Journal*, August 22, https://www.wsj.com/opinion/blinder-misrepresents-minimum-wage-studies-88472035?mod=politics_trendingnow_opn_pos1.

Neumark, David, 2024, "Help Really Wanted?," Hoover Institution Policy Brief, https://www.youtube.com/watch?v=tw1hLvZjAus.

Boustan, Leah, David Neumark, and Nathaniel Baum-Snow, 2024, "Introduction to Special Issue of *Journal of Urban Economics*: Race, Social Justice, and Cities, in Race, Social Justice, & Cities, Journal of Urban Economics Special Issue, https://www.sciencedirect.com/journal/journal-of-urban-economics/vol/141/suppl/C.

Neumark, David, 2024, "California's Crazy 'Fast Food' Minimum Wage Takes Effect," *Wall Street Journal*, Op-Ed, https://www.wsj.com/articles/californias-crazy-fast-food-minimum-wage-takes-effect-negative-repercussions-7ae3e9ae.

Neumark, David, 2023, "Higher Minimum Wages and Mixed Effects on Health," *VoxEU*, June 2023, https://cepr.org/voxeu/columns/higher-minimum-wages-and-mixed-effects-health.

Burn, Ian, Daniel Firoozi, Daniel Ladd, and David Neumark, 2023, "Age Discrimination and Age Stereotypes in Job Ads," Federal Reserve Bank of San Francisco Economic Letter, March 6, 2023.

Button, Patrick, and David Neumark, 2022, "Age Discrimination's Challenge to the American Economy," NBER Reporter.

Neumark, David, 2022, "The Least Effective Minimum-Wage Hike," *Wall Street Journal*, Op-Ed, https://www.wsj.com/amp/articles/the-least-effective-minimum-wage-hike-tipping-bill-workers-employers-family-income-cost-tips-11660595677.

Neumark, David, and Maysen Yen, 2022, "The Employment and Redistributive Effects of Reducing or Eliminating Minimum Wage Tip Credits," Cato Institute, Research Briefs in Economic Policy No. 293.

Neumark, David, and Timothy Young, 2021, "Heterogeneous Effects of State Enterprise-Zone Programs in the Shorter Run and Longer Run," Cato Institute, Research Briefs in Economic Policy No. 247.

**David Neumark**

Neumark, David, 2021, "Raising the Minimum Wage Will Definitely Cost Jobs," *Wall Street Journal*, Op-Ed, March 18, https://www.wsj.com/articles/raising-the-minimum-wage-will-definitely-cost-jobs-11616108030.

Neumark, David, and Luis Felipe Munguia Corella, 2020, "Do Minimum Wages Reduce Employment in Developing Countries," *VoxDev*, November 2020, https://voxdev.org/topic/labour-markets-migration/do-minimum-wages-reduce-employment-developing-countries.

Neumark, David, and Peter Shirley, 2020, "Long-Run Effects of the Earned Income Tax Credit," Federal Reserve Bank of San Francisco Economic Letter, January 6, 2020.

Neumark, David, 2019, "Democrats' Job Guarantee Plan Isn't Such a Good Idea, Economist Says," *Newark Star-Ledger*, July 19, https://www.nj.com/opinion/2019/07/democrats-job-guarantee-plan-isnt-such-a-good-idea-economist-says.html.

Neumark, David, 2019, "Concentrated Poverty and the Disconnect Between Jobs and Workers," *Econofact*, January 19, https://econofact.org/concentrated-poverty-and-the-disconnect-between-jobs-and-workers.

Neumark, David, 2019, "Employment Impacts of a Higher Minimum Wage," in Fighting $15: An Evaluation of the Evidence and a Case for Caution (Washington, DC: Employment Policies Institute), pp. 31-39, https://www.epionline.org/wp-content/uploads/2019/01/EPI_Bookv5.pdf.

Bradley, Cathy J., David Neumark, and Lauryn Saxe Walker, 2018, "The Effect of Primary Car Visits on Health Care Utilization: Findings from a Randomized Controlled Trial, Cato Institute, Research Briefs in Economic Policy No. 104.

Lordan, Grace, and David Neumark, 2018, "People versus Machines: The Impact of Minimum Wages on Automatable Jobs," Cato Institute, Research Briefs in Economic Policy No. 96.

Neumark, David, 2018, "How Can We Know if There is Discrimination in Hiring?" *Econofact*, Oct. 27, https://econofact.org/how-can-we-know-if-there-is-discrimination-in-hiring.

Neumark, David, 2018, "Let Taxpayers Pay the Minimum Wage," *Wall Street Journal*, Op-ed, August 21, https://www.wsj.com/articles/let-taxpayers-pay-the-minimum-wage-1534892582.

Neumark, David, 2018, "Do What Works to Help Welfare Recipients Work," *Wall Street Journal*, Op-ed, April 11, https://www.wsj.com/articles/do-what-works-to-help-welfare-recipients-work-1523487109.

Neumark, David, Judith K. Hellerstein, and Mark J. Kutzbach, 2018, "Do Job Market Networks Help Recovery from Mass Layoffs?" Federal Reserve Bank of San Francisco Economic Letter, February 20, 2018.

Neumark, David, 2017, "Do Place-Based Policies Work?" *Econofact*, Nov. 28, http://econofact.org/do-place-based-policies-work.

Neumark, David, 2017, "Promising Ideas for Future Research on the Employment Effects of Minimum Wages," *Vox*, Oct. 9, http://voxeu.org/article/employment-effects-minimum-wages-directions-research.

**David Neumark**

Neumark, David, 2017, "The $15 Minimum Wage Crowd Tries a Bait and Switch." Op-ed, *Wall Street Journal*, September 25, 2017. https://www.wsj.com/articles/the-15-minimum-wage-crowd-tries-a-bait-and-switch-1506381303.

Neumark, David, 2017, "One Industry's Minimum-Wage Experience Does Not Define Others," Washington Post, Letter to the Editor, July 14, https://www.washingtonpost.com/opinions/one-industrys-minimum-wage-experience-does-not-define-others/2017/07/13/cae01336-66b1-11e7-94ab-5b1f0ff459df_story.html.

Neumark, David, 2017, "Make Earned Income Tax Credit a More Effective Anti-poverty Tool: Guest commentary" *Los Angeles Daily News*, May 24, 2017, http://www.dailynews.com/opinion/20170524/make-earned-income-tax-credit-a-more-effective-anti-poverty-tool-guest-commentary.

Neumark, David, Ian Burn, and Patrick Button, 2017, "Age Discrimination and Hiring of Older Workers." Federal Reserve Bank of San Francisco Economic Letter, February 27, 2017.

Neumark, David, 2016, "Response" (to "A Minimum Guaranteed Jobs Proposal"), *Eastern Economic Journal*, pp. 670-3.

Neumark, David, 2016, "Do Women Face Age Discrimination in the Job Market? Absolutely. Here's Proof." April 26, http://www.latimes.com/opinion/op-ed/la-oe0426-neumark-age-women-discrimination-date-20160427-story.html.

Neumark, David, 2016, "A Minimum Wage Hike is the Wrong Fix." Op-ed, Los Angeles Times, March 17, http://www.latimes.com/opinion/op-ed/la-oe-0318-neumark-fair-wage-act-problems-20160318-story.html.

Neumark, David, 2015, "Reducing Poverty via Minimum Wages, Alternatives." Federal Reserve Bank of San Francisco Economic Letter, December 28, 2015.

Neumark, David, 2015, "The Effect of Minimum Wages on Employment." Federal Reserve Bank of San Francisco Economic Letter, December 21, 2015.

Neumark, David, 2015, "The Evidence is Piling Up that Higher Minimum Wages Kill Jobs." Op-ed, Wall Street Journal, December 15, http://www.wsj.com/articles/the-evidence-is-piling-up-that-higher-minimum-wages-kill-jobs-1450220824.

Neumark, David, 2015, "Using the Earned Income Tax Credit to Encourage Work and Increase Income from Work." Insight, pp. 16-21, http://www.resourcelibrary.gcyf.org/sites/gcyf.org/files/resources/2015/gcyf_2015_fall_insight_using_the_tax_credit_to_encourage_work.pdf.

Neumark, David, 2015, "What Do We Know about Age Discrimination, and How Might We Reduce It?" Future of Work@50+, AARP, http://www.aarp.org/content/dam/aarp/ppi/2015/what-do-we-know-about-age-discrimination-and-how-might-we-reduce-it.pdf.

Neumark, David, 2015, "Why Market Forces will Overwhelm a Higher Minimum Wage." Op-ed, Los Angeles Times, May 9. http://www.latimes.com/opinion/op-ed/la-oe-neumark-minwage-20150510-story.html. Reprinted in Chicago Tribune (May 14, 2015) and Australian Financial Review (May 14, 2015).

**David Neumark**

Neumark, David, and Helen Simpson. 2015, "Do Place-Based Policies Matter?" Federal Reserve Bank of San Francisco Economic Letter, March 2, 2015.

Neumark, David, 2014, "Who Really Gets the Minimum Wage?" Op-ed, Wall Street Journal, July 7, http://www.wsj.com/articles/who-really-gets-the-minimum-wage-1404683348.

Neumark, David, and Diego Grijalva, 2014, "State Hiring Credits and Recent Job Growth." Federal Reserve Bank of San Francisco Economic Letter, February 24.

Neumark, David, 2013, "The Minimum Wage Ain't What It Used to Be," New York Times, Economix Blog, Dec. 10, http://economix.blogs.nytimes.com/2013/12/09/the-minimum-wage-aint-what-it-used-to-be/?_r=0.

Neumark, David, 2013, "Minimum Wage Studies," New York Times, Letter to the Editor, Dec. 9, http://www.nytimes.com/2013/12/09/opinion/minimum-wage-studies.html?_r=1&.

Neumark, David, 2013, "Research Offers a Prognosis on Reform," Orange County Register, Nov. 4.

Neumark, David, 2013, "Minimum-Wage Increases Will Lead to Lost Jobs," op-ed, San Diego Union-Tribune, February 8.

Neumark, David, and Jennifer Muz, 2013, "Job Growth and Economic Growth in California," Federal Reserve Bank of San Francisco Economic Letter, April 15, 2013.

Neumark, David, Jed Kolko, and Marisol Cuellar Mejia, 2012, "Assessing State Business Climate Indexes," Federal Reserve Bank of San Francisco Economic Letter, September 4, 2012.

Neumark, David, 2012, "Should Missouri Raise Its Minimum Wage?" Show-Me Institute Policy Study.

Neumark, David, and Rob Valletta, 2012, "Worker Skills and Job Quality," Federal Reserve Bank of San Francisco Economic Letter, April 30, 2012.

Neumark, David, 2012, "Job Creation Policies and the Great Recession," Federal Reserve Bank of San Francisco Economic Letter, March 19, 2012.

Kolko, Jed, and David Neumark, 2011, "Development Subsidy Needs Overhaul," op-ed, San Francisco Chronicle, February 6.

Neumark, David, 2009, "Delay the Minimum Wage Hike," op-ed, The Wall Street Journal, June 12.

Neumark, David, 2008, "Just the Facts: Small Businesses and Job Creation," Public Policy Institute of California.

Neumark, David, 2008, "La Discrimination à l'Emploi des Seniors aux États-Unis," Connaissance de l'Emploi.

Neumark, David, 2008, "Reassessing the Age Discrimination in Employment Act," AARP Public Policy Institute.

Kolko, Jed, and David Neumark, 2007, "Are California's Companies Shifting Their Employment to Other States?" Occasional Paper, Public Policy Institute of California.

**David Neumark**

Richard A. Victor, Peter S. Barth, and David Neumark, 2006, "The Impact of Provider Choice on Workers' Compensation Costs and Outcomes," abstract, IAIABC Journal.

Neumark, David, 2006, "The Economic Effects of Minimum Wages: What Might Missouri Expect from Passage of Proposition B?" Show-Me Institute Policy Briefing.

Neumark, David, Junfu Zhang, and Jed Kolko, 2006, "Interstate Business Relocation: An Industry-Level Analysis," Occasional Paper, Public Policy Institute of California.

Neumark, David, and Junfu Zhang, 2005, "Are Businesses Fleeing California? And Are They Taking Their Jobs With Them?" op-ed published in San Diego Union-Tribune, October 27.

Neumark, David, 2005, "California's Economic Future and Infrastructure Challenges," Occasional Paper, Public Policy Institute of California.

Neumark, David, 2004, "Just the Facts: Employment and Job Growth in California," Public Policy Institute of California.

Neumark, David, 2004, "The Economic Effects of Mandated Wage Floors," Occasional Paper, Public Policy Institute of California.

Neumark, David, 2004, "This is a Tax on Using Low-Skilled Employees," op-ed published in The Sacramento Bee, June 27.

Neumark, David, 2003, "Assessing the Premise and the Promise of School-to-Work," The LSS Review, (Philadelphia, PA: The Mid-Atlantic Regional Educational Laboratory, Temple University).

Neumark, David, 2003, "Michigan and Admissions: Division on Diversity," op-ed published in the San Francisco Chronicle, March 30. (Similar version published in The Detroit News, March 28.)

Neumark, David, 2003, "Just the Facts: Unemployment and Job Loss in California," Public Policy Institute of California.

Neumark, David, 2002, "Raising Incomes by Mandating Higher Wages," NBER Reporter.

Neumark, David, and William Wascher, 2002, "Comment: Meta-Analysis," Journal of Economic Perspectives, Summer, pp. 226-227.

Neumark, David, 2000, Congressional Testimony before U.S. House Committee on Education and the Workforce, "Will Increasing the Minimum Wage Help the Poor?" Congressional Digest, pp. 91-5.

Neumark, David, 1997, "Evaluating Age Discrimination Laws," NBER Reporter.

Neumark, David, 1996, "Should We Raise the Minimum Wage?" Economic Times.

Neumark, David, Richard Johnson, et al., 1992, "Reply to Oleinick and Gluck," Journal of Occupational Medicine, pp. 972-974.

**RESEARCH GRANTS:**

**David Neumark**

Arnold Ventures – "Are Opportunity Zones Delivering? A Longer-Term and Comprehensive Assessment" 2024-2027, $296,682.

Public Policy Institute of California – "Policy Research in Support of the Economic Policy Center" 2023-2026, $335,008.

Employment Policies Institute – "Tipped Minimum Wages and Race and Gender Earnings Differentials," 2023-2024.

International Center for Law & Economics – "Labor Market Monopsony," 2023-2024.

Public Policy Institute of California – "Research and Planning for PPIC Economic Opportunity Center," 2022-2023.

International Center for Law & Economics – "Labor Market Monopsony," 2022-2023.

NBER/Arnold Ventures – "The Effects of the California Competes Tax Credit on Interstate Job and Business Relocation," 2022.

Smith-Richardson Foundation – "The Effects of the California Competes Tax Credit on Job Creation and Businesses," 2019-2022.

Alfred P. Sloan Foundation – "Evidence on Ageist Stereotypes in Job Ads," 2019-2022.

Michigan Retirement and Disability Research Center – "Do Workers Injured on the Job and Covered by Workers Compensation End Up on SSDI," 2020-2021.

Employment Policies Institute – "Minimum Wages, Tip Credits, and the Full-Service Restaurant Sector," 2020-2021.

Laura and John Arnold Foundation – "The Effectiveness of the California Competes Tax Credit," 2018-2021.

Employment Policies Institute – "An Evaluation of Recent City Minimum Wage Increases," 2018-2019.

Laura and John Arnold Foundation – "Proposal for the Economic Self-Sufficiency Policy Research Institute at the University of California, Irvine."

Smith-Richardson Foundation – "Long-Term Effects of Anti-Poverty Policies that Increase Income from Work."

University of Michigan Retirement Research Center – "Relative Sizes of Age Cohorts and Employment and Labor Force Participation of Older Workers."

Alfred P. Sloan Foundation – "Testing for Age Discrimination: Obtaining More Convincing Evidence from Field Experiments."

University of Michigan Retirement Research Center – "Do State Age Discrimination Protections Reduce Hiring Discrimination Against Older Workers? Evidence from a Field Experiment."

Employment Policies Institute – "Minimum Wages and Poor Neighborhoods."

**David Neumark**

Russell Sage Foundation – "Labor Market Networks and Recovery from the Great Recession."

Alfred P. Sloan Foundation – "Testing for Age Discrimination: Obtaining More Convincing Evidence from Field Experiments."

University of Michigan Retirement Research Center – "Does Eliminating the Earnings Test Increase Old-Age Poverty of Women?"

Anne E. Casey Foundation – "Did State Job Creation Hiring Credits Moderate the Effects of the Great Recession."

Next 10 – "Tracking Economic Performance of the States."

University of Michigan Retirement Research Center – "Did Age Discrimination Protections Help Older Workers Weather the Great Recession?"

Employment Policies Institute – "An Assessment of Recent Studies of the Minimum Wage."

University of Michigan Retirement Research Center – "The Effects of Increases in the Normal Retirement Age when Age Discrimination Protections are Stronger: Evidence from the Hiring Side."

University of Michigan Retirement Research Center – "Policy Interactions between Increases in the Normal Retirement Age and Age Discrimination Laws."

Borchard Foundation – "Population Aging, Social Security Reform, and the Employment of Older Americans: The Role of Stronger Age Discrimination Laws."

National Institutes of Health, American Recovery and Reinvestment Act – "Health Insurance, Labor Supply, and Health."

National Cancer Institute – "Health Insurance, Labor Supply, and Health."

Gates Foundation and AARP – "Preparing for a Workforce without Boomers."

Kauffman Foundation – "The Establishment Size-Growth Relationship and the Effects of Enterprise Zones."

National Institute of Child and Human Development – "The Economics of Residential and Workplace Segregation."

Russell Sage Foundation – Conference on "The School-to-Work Transition and School-to-Work Programs."

National Institute of Aging – "Incentive Effects of Supplemental Security Income (SSI)."

National Cancer Institute – "Labor Market Outcomes of Cancer Survivors."

Russell Sage Foundation – "Residential Segregation, Labor Market Segregation, and Racial, Ethnic, and Language Differences in Labor Market Outcomes: Evidence from a New Matched Employee-Employer Data Set."

**David Neumark**

The Education Policy Center at Michigan State University – "The Impact of School-to-Work Programs and High School Employment on Post-High School Work and Schooling Transitions."

Social Security Administration – "Multiple Program Use by Older Americans: Social Security Early Retirement and Supplemental Security Income."

Steven H. Sandell Grant Program – "Public Retirement Programs and the Low-Income Population: The Impact of the Supplemental Security Income Program's Design on the Use of the Social Security Early Retirement Program."

Michigan Applied Public Policy Research Funds – "The Detroit Living Wage Ordinance: Will It Reduce Poverty?"

U.S. Department of Labor, Office of the Assistant Secretary for Policy – "Evaluating School-to-Work Programs Using the New NLSY."

National Science Foundation – "Wages, Productivity, and Worker Characteristics."

National Institute of Aging - Special Emphasis Research Career Award "Research on the Economics of Aging and Age Discrimination."

Russell Sage Foundation – "Changes in Job Stability and Job Security."

All University Research Initiation Grant – "Do Minimum Wages Redistribute Income Towards Low-Income Families?"

Office of Technology Assessment – "Careers of Youths and Young Adults in the Labor Market."

Maurice Falk Institute for Economic Research in Israel – "Estimating Marginal Productivity Differentials to Test Theories of Wage Differentials."

Boettner Institute of Financial Gerontology – "Age-Earnings Profiles and Age Discrimination."

National Institute of Aging Supplemental Grant – "Age-Earnings Profiles and Age Discrimination."

U.S. Department of Education – "Job Turnover in the U.S. Economy."

National Science Foundation – "Research on Age-Earnings Profiles and Age Discrimination."

University of Pennsylvania Research Foundation – "The Effects of State Minimum Wage Laws on Youth Employment and Unemployment."

University of Pennsylvania Public Policy Initiatives Fund – "The Effects of State Minimum Wage Laws on Youth Employment and Unemployment."

U.S. Department of Education – "Educational Quality of the Workforce."

Department of Health, Commonwealth of Pennsylvania – "Occupational Disease and Injury in the Commonwealth of Pennsylvania."

**David Neumark**

University of Pennsylvania Center for the Study of Aging – "The Impact of Corporate Takeovers on Older Workers."

University of Pennsylvania Research Foundation – "The Impact of Corporate Takeovers on Older Workers."

**KEYNOTE/INVITED LECTURES:**

"What Can We Conclude from the Evidence on Minimum Wages and Employment? Recent Progress," Keynote Lecture, Young Economists Meeting, Masyryk University, Brno, Czech Republic, May 2025.

"Field Experiment Evidence on Age Discrimination and Age Stereotypes," Public Lecture, Masyryk University, Brno, Czech Republic, May 2025.

"What Can We Conclude from the Evidence on Minimum Wages and Employment? Recent Progress," Public Lecture, Bratislava University of Economics and Business, Bratislava, Slovakia, May 2025.

"Updates on Minimum Wages and Employment and Implications for Research and Policy," Central Bank of Slovakia, Bratislava, Slovakia, May 2025.

"Crafting Better Job Creation Policies via Research and Policy Engagement: The California Competes Tax Credit," Hoover Institution 2024 Conference on Collaborative State & Local Policy Research, January, Stanford University. January 2024.

"What Can We Conclude from the Evidence on Minimum Wages and Employment? Recent Progress," Research Institute of Economy, Trade and Industry, Tokyo, Japan, November 2023.

"What Can We Conclude from the Evidence on Minimum Wages and Employment? Recent Progress," Conference on Minimum Wage Increases: Recent Evidence and Policy Trade-Offs, Federal Reserve Bank of Minneapolis, Minneapolis, MN, May 2023.

"What Can We Conclude from the Evidence on Minimum Wages and Employment? Recent Progress," Seoul National University, Seoul, South Korea, Nov. 2022.

"Older Workers Need Not Apply? Ageist Language in Job Ads and Age Discrimination in Hiring." Maastricht University Research Centre for Education and the Labour Market Workshop on Older Workers' Skills and Labour Market Behavior, Maastricht, Netherlands, Nov. 2019.

"Fighting Inequality and Poverty with Minimum Wages." Keynote lecture sponsored by National Diet Library, Tokyo, Japan, Oct. 2019.

"Fighting Inequality and Poverty with Minimum Wages." Reading group sponsored by O'Neil Center for Global Markets and Freedom at SMU, Baugh Center for Entrepreneurship and Free Enterprise at Baylor University, the Free Market Institute at Texas Tech University, and the Arkansas Center for Research in Economics at the University of Central Arkansas, Dallas, TX, Sept. 2019.

"The Long-Run Effect of the Earned Income Tax Credit on Women's Earnings." 3rd Forum on Advances in Labor Economics in China," Beijing Normal University, Beijing, China, May, 2019.

**David Neumark**

"The Econometrics and Economics of the Employment Effects of Minimum Wages: Getting from Known Unknowns to Known Knowns." Conference on the "Evaluation of Minimum Wages," DIW, Berlin, Germany, July, 2018.

"Using Minimum Wages to Fight Inequality and Poverty." Adam Smith Lecture, Adam Smith Institute, London, England, June, 2018.

"The Long-Run Effects of Anti-Poverty Policies on Disadvantaged Neighborhoods," Keynote lecture, Workshop on Minimum Wages and Experimental Economics, Beijing Normal University, Beijing, China, November, 2017.

"New and Improved Evidence from Field Experiments on Discrimination," Keynote lecture, Labor Econometrics Workshop, University of Auckland, Auckland, New Zealand, August, 2017.

"Using Minimum Wages to Fight Inequality and Poverty," Invited lecture, Economic Policy Research Network Conference, University of Copenhagen, Copenhagen, Denmark, June, 2017.

"Preliminary Studies of the Long-Run Effects of Anti-Poverty Policies," keynote lecture, Belgian Day for Labour Economists, Université Catholique de Louvain, Louvain-la-Neuve, Belgium, May, 2017.

"Using Minimum Wages to Fight Inequality and Poverty," 2017 Mattersdorff-Steinhardt Lecture, Lewis and Clark University, Portland, Oregon, March, 2017.

"Why I Think the U.S. Evidence Says that Minimum Wages Reduce Employment, and Implications for Policy," keynote lecture, Beijing Normal University Minimum Wage Workshop, Beijing, China, October, 2016.

"Labor Market Discrimination," lectures, IZA Summer School, Munich, Germany, May, 2016.

"Is It Harder for Older Workers to Find Jobs? New and Improved Evidence from a Field Experiment," keynote lecture, Aix-Marseilles School of Economics – Banque de France Labor Market Conference, Paris, France, December, 2015.

"What Does Research Tell Us About the Effects of the Minimum Wage?" keynote lecture, Central Bank of Colombia conference, Bogota, Colombia, November, 2015.

"Is It Harder for Older Workers to Find Jobs? New and Improved Evidence from a Field Experiment," keynote address, Conference on Discrimination and Labor Market Research, Linnaeus University, Kalmar, Sweden, August, 2015.

"Age Discrimination Laws and Age Discrimination in the United States," keynote address, RIETI/IZA World of Labor Symposium, Tokyo, Japan, May, 2015.

"Employment Effects of Minimum Wages," opening address, 1st OECD/IZA World of Labor Seminar, OECD, Paris, France, December, 2014.

"Policy Levers to Increase Jobs and Increase Income from Work after the Great Recession," keynote address, Conference to Celebrate the Centennial of the Federal Reserve Bank of Dallas, Dallas, TX, November, 2014

**David Neumark**

"Policy Levers to Increase Jobs and Increase Income from Work after the Great Recession," keynote address, Workshop on Minimum Wages and Employment in Hong Kong, China, and the World, Hong Kong University of Science and Technology, Hong Kong, September, 2014.

"Revisiting the Minimum Wage-Employment Debate: Throwing Out the Baby with the Bathwater?" distinguished lecture, Middle Tennessee State University, Murfreesboro, TN, April, 2013.

"Revisiting the Minimum Wage-Employment Debate: Throwing Out the Baby with the Bathwater?" keynote address, Bank of Portugal Conference on Labor Market Policy, Lisbon, Portugal, May 2013.

"Race and Ethnicity in Hiring," keynote address, Workshop on Discrimination and Segregation, Sciences-Po, Paris, December 2011.

"Detecting Discrimination in Audit and Correspondence Studies," keynote address, IZA Workshop on Discrimination and Ethnicity: A Cross-Disciplinary Look at New Methodological Advances, Bonn, Germany, October 2011.

"Future Skill Shortages in the U.S. Economy?" keynote address, European Commission conference: Catch the Train: Skills, Education, and Jobs, Brussels, Belgium, June 2011.

"Neighbors and Co-Residents: The Importance of Residential Labor Market Networks," keynote address, International Conference on Labor Economics, Xiamen University, Xiamen, China, December 2009.

"How Do Economists Think About and Study Discrimination?" keynote address, 46th Annual Economic Education Winter Institute, St. Cloud State University, St. Cloud, Minnesota, February 2008.

"Population Aging and Age Discrimination," keynote address, Conference on Measuring Discrimination, Universite d'Evry Val D'Essonne, France, December 2007.

**POLICY-RELATED TESTIMONY:**

Testified on AB 225 (California EITC expansion) at California State Assembly Committee on Appropriations, 2017.

California State Senate testimony on job creation policy, 2011.

California State Senate testimony on enterprise zones, 2010.

California State Senate testimony on business relocation, 2006.

Congressional testimony on minimum wages and poverty, U.S. House Committee on Education and the Workforce, 2000.

Congressional testimony on minimum wages and employment, U.S. House Committee on Government Reform and Oversight, 1996.