Andrea Mazingo, SBN 300824
**Lumen Law Center, P.C.**
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone:(310) 269-6739
Email:andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
**Workplace Advocates, P.C.**
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone:(909) 983-4102
Email:brandi@wpa.law

Rebecca Houlding (admitted pro hac vice)
**Houlding Law PC**
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Facsimile: (800) 345-4784
Email: rebecca@houldinglaw.com

**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

[redacted]

Plaintiffs,

v.

Case No. 3:26-cv-7122

**SUPPLEMENTAL DECLARATION OF [redacted] IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

META PLATFORMS, INC.,

Defendant.

I, [redacted] declare as follows:

1. I am the Plaintiff in the above-captioned action. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to these facts.

2. I submit this Supplemental Declaration to provide the Court with additional details concerning how an 'Above and Beyond' AI-driven rating impacts not just the recipient.

3. Managers were explicitly forced to adhere to strict, pre-determined distribution curves with hard limits placed on each rating category. Because performance ratings directly impacted employee bonuses, leadership strictly enforced these limitations to control compensation payouts.

4. The allocation of these ratings followed a rigid, multi-stage corporate mandate:

   a. Roll-Up Reviews: Prior to formal calibration meetings, leadership reviewed the initial data roll-ups to ensure the proposed ratings strictly met the forced curve.

   b. Calibration Meetings: During the actual calibration meetings, managers were forced to adjust individual scores to fit within strict quotas for each rating category, regardless of whether employees met their baseline job expectations.

   c. Post-Calibration Follow-Ups: Following the calibration sessions, targeted reviews were conducted for specific edge-case individuals to enforce final curve compliance.

d. C-Level Finalization: The entire distribution process remained subject to strict adjustment until C-level executives finalized all ratings.

5. By November 2025, some employees were using Meta's AI tools to draft performance reviews, something that was subsequently announced as standard procedure for first-draft reviews in 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2026, at [redacted] Washington.

[redacted]

______________________ [redacted]



Doc ID: c00f11fb5c67cfbda3063dcfcc6894bb778250ab