Andrea Mazingo, SBN 300824
LUMEN LAW CENTER, P.C.
8605 Santa Monica Blvd PMB 832031
West Hollywood, CA 90069
Telephone: (310) 269-6739
Email: andi@lumenlawcenter.com

Barbara E. Cowan, SBN 251942
WORKPLACE ADVOCATES, P.C.
9431 Haven Avenue, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 983-4102
Email: brandi@wpa.law

Rebecca Houlding (admitted *pro hac vice*)
HOULDING LAW PC
431 Classon Avenue, Suite 1B
Brooklyn, NY 11238
Telephone: (646) 561-9119
Email: rebecca@houldinglaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOES 1 THROUGH 26,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-07122-WHO<br><br>**PLAINTIFFS' NOTICE OF CLARIFICATION REGARDING FILINGS OF AUGUST 6 AND AUGUST 17, 2026**<br><br>Judge: Hon. William H. Orrick |

**NOTICE OF CLARIFICATION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, by and through their counsel of record, submit this Notice of Clarification regarding the papers filed on August 6, 2026, and August 17, 2026, in support of Plaintiffs' Motion for a Preliminary Injunction.

Doe 20 was voluntarily dismissed from this action on August 3, 2026 pursuant to Federal Rule of Civil Procedure 41(a) [Dkt. No. 33]. To avoid any ambiguity arising from references to "Plaintiffs" or to "Does 1 through 26" in the caption or text of Plaintiffs' recent submissions, Plaintiffs clarify that none of the papers filed on August 6, 2026, or August 17, 2026, including all declarations, exhibits, and administrative motions filed or lodged in connection with those papers, is made on behalf of Doe 20, and no relief is sought on Doe 20's behalf. All references to "Plaintiffs" in those papers should be read to exclude Doe 20.

The continued appearance of the "Does 1 through 26" caption on Plaintiffs' filings reflects the case caption as it stands on the docket and is not intended to suggest that Doe 20 remains a party to this action or joins in any pending request for relief.

Dated: August 18, 2026

Respectfully submitted,

LUMEN LAW CENTER, P.C.
WORKPLACE ADVOCATES, P.C.
HOULDING LAW PC

By: ____________________________
Andrea Mazingo
Barbara E. Cowan
Rebecca Houlding (admitted *pro hac vice*)
Attorneys for Plaintiffs