UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 24, 2026 | **Time:** 19 minutes<br>9:57 a.m. to 10:16 a.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 26-cv-07122-WHO | **Case Name:** Does v. Meta | |

**Attorneys for Plaintiffs:** Andrea L. Mazingo, Barbara E. Cowan, and Rebecca J. Houlding
**Attorneys for Defendant:** Erin M. Connell, Dixie Tauber, and Lauren M. Goldsmith

**Deputy Clerk:** Jean Davis **Court Reporter:** Kendra Steppler

**PROCEEDINGS**

Hearing on Motion for Preliminary Injunction conducted via videoconference. The Court summarizes tentative. Argument of counsel heard. Motion taken under submission; written order to follow.